# EXHIBIT E.2



US008085297B2

(12) **United States Patent**
Schiller

(10) Patent No.: **US 8,085,297 B2**
(45) Date of Patent: **Dec. 27, 2011**

(54) **METHOD FOR MODIFYING A USER INTERFACE OF A CONSUMER ELECTRONIC APPARATUS, CORRESPONDING APPARATUS, SIGNAL AND DATA CARRIER**

(75) Inventor: **Harald Schiller**, Hannover (DE)

(73) Assignee: **Thomson Licensing**, Boulogne-Billancourt (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 3465 days.

(21) Appl. No.: **10/145,291**

(22) Filed: **May 14, 2002**

(65) **Prior Publication Data**

US 2002/0174432 A1    Nov. 21, 2002

(51) Int. Cl.
*H04N 7/00* (2011.01)
(52) U.S. Cl. ............ 348/114; 725/37; 725/52; 725/152
(58) Field of Classification Search ............... 725/24, 725/50, 51
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,829,558 A | * | 5/1989 | Welsh | 370/92.04 |
| 5,508,731 A | * | 4/1996 | Kohorn | 725/24 |
| 6,407,779 B1 | * | 6/2002 | Herz | 348/734 |
| 6,453,471 B1 | | 9/2002 | Klosterman | |
| 6,512,919 B2 | | 1/2003 | Ogasawara | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0496492 | 7/1992 |
| EP | 0823815 | 2/1998 |
| EP | 0851681 | 7/1998 |
| EP | 0 863 669 A1 | * 9/1998 |
| EP | 0863699 | 9/1998 |
| EP | 1079371 | 2/2001 |
| WO | WO98/41020 | 9/1998 |

OTHER PUBLICATIONS

European Search Report of Oct. 10, 2001.

* cited by examiner

Primary Examiner — James R Sheleheda
Assistant Examiner — Timothy Newlin
(74) Attorney, Agent, or Firm — Robert D. Shedd; Joseph J. Opalach; Catherine A. Cooper

(57) **ABSTRACT**

According to the invention a user interface of a consumer electronic apparatus is modified, which can be used for example to update a given basic UI functionality or to temporarily implement isolated, dedicated UI sub-domains. For this purpose side information is received comprising side information components for controlling the user interface and validity information defining the validity start and/or end time of the side information components. The side information components and validity information is stored and the user interface is modified by using said stored side information components. The start time and/or end time of the user interface modification is controlled by means of said stored validity information.

**17 Claims, 1 Drawing Sheet**



---



**Exhibit E.2 – U.S. PATENT NO. 8,085,297**

| CLAIM | PUBLIC DOCUMENTATION |
|---|---|
| 1[pre] A method for modifying a user interface of a consumer electronic apparatus, said user interface controlling an interaction between a user and said consumer electronics apparatus, characterized by | The Disney Accused Instrumentalities perform a method for modifying a user interface of a consumer electronic apparatus, said user interface controlling an interaction between a user and said consumer electronics apparatus, characterized by limitations 1[a]-1[d] of this chart. For example, the Disney Accused Instrumentalities' user interface is modified through the "Skip Intro" functionality as well as other user interface functionalities.<br><br>The following evidence in limitations 1[a]-1[d] provide evidence of features supported by the Disney+ user interface on a Windows PC running the Google Chrome browser. These features are universal to the user interface of all Disney Accused Instrumentalities, including those using other devices, browsers, and/or applications. |
| 1[a] receiving side information comprising side information components for modifying a functionality of said user interface and validity information defining a validity of said side information components; | The Disney Accused Instrumentalities perform a method characterized by receiving side information comprising side information components for modifying a functionality of said user interface and validity information defining a validity of said side information components. For example, the Disney Accused Instrumentalities' user interface is modified through the "Skip Intro" functionality as well as other user interface functionalities.<br><br>For example, side information components for modifying a functionality of said user interface and validity information defining a validity of said side information components are received as evidenced by the "Skip Intro" button, which lasts during the "Intro" portion of the episode. |

**Exhibit E.2 – U.S. PATENT NO. 8,085,297**

| CLAIM | PUBLIC DOCUMENTATION |
|---|---|
| |  |

## Exhibit E.2 – U.S. PATENT NO. 8,085,297

| CLAIM | PUBLIC DOCUMENTATION |
|-------|----------------------|
|       |  |

**Exhibit E.2 – U.S. PATENT NO.  8,085,297**

| CLAIM | PUBLIC DOCUMENTATION |
|---|---|
| 1[b] storing said side information components and said validity information; | The Disney Accused Instrumentalities perform a method characterized by storing said side information components and said validity information. For example, the Disney Accused Instrumentalities' user interface is modified through the "Skip Intro" functionality as well as other user interface functionalities.<br><br>For example, said side information components and said validity information are stored as evidenced by the "Skip Intro" button, which lasts during the "Intro" portion of the episode, appearing and disappearing during episode playback in a Google Chrome window.<br><br> |

## Exhibit E.2 – U.S. PATENT NO. 8,085,297

| CLAIM | PUBLIC DOCUMENTATION |
|---|---|
| |  |

**Exhibit E.2 – U.S. PATENT NO. 8,085,297**

| CLAIM | PUBLIC DOCUMENTATION |
|---|---|
| |  |
| 1[c] modifying a way in which said user can provide input into said user interface by using said stored side information components; and | The Disney Accused Instrumentalities perform a method characterized by modifying a way in which said user can provide input into said user interface by using said stored side information components. For example, the Disney Accused Instrumentalities' user interface is modified through the "Skip Intro" functionality as well as other user interface functionalities.<br><br>For example, there is a modification of a way in which said user can provide input into said user interface by using said stored side information components as evidenced by the "Skip Intro" button only being available at certain times. |

## Exhibit E.2 – U.S. PATENT NO. 8,085,297

| CLAIM | PUBLIC DOCUMENTATION |
|---|---|
| |  |

**Exhibit E.2 – U.S. PATENT NO. 8,085,297**

| CLAIM | PUBLIC DOCUMENTATION |
|---|---|
| | <br> |
| 1[d] controlling a start time and/or an end time of said user | The Disney Accused Instrumentalities perform a method characterized by controlling a start time and/or an end time of said user interface modification by means of said stored validity information. For example, the Disney |

**Exhibit E.2 – U.S. PATENT NO. 8,085,297**

| CLAIM | PUBLIC DOCUMENTATION |
|---|---|
| interface modification by means of said stored validity information. | Accused Instrumentalities' user interface is modified through the "Skip Intro" functionality as well as other user interface functionalities.<br><br>For example, a start time and an end time of said user interface modification are controlled by means of said stored validity information as evidenced by the "Skip Intro" button only being available at certain times.<br><br> |

## Exhibit E.2 – U.S. PATENT NO.  8,085,297

| CLAIM | PUBLIC DOCUMENTATION |
|-------|---------------------|
|  |  |

## Exhibit E.2 – U.S. PATENT NO. 8,085,297

| CLAIM | PUBLIC DOCUMENTATION |
|---|---|
|  |  |