**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| INTERDIGITAL, INC.; INTERDIGITAL VC HOLDINGS, INC.; INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS, <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY; DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC; DISNEY DTC LLC; DISNEY STREAMING SERVICES LLC; DISNEY ENTERTAINMENT & SPORTS LLC; DISNEY PLATFORM DISTRIBUTION, INC.; BAMTECH, LLC; HULU, LLC; AND ESPN, INC., <br><br> Defendants. | Case No. 2:25-cv-00895-WLH-RAO <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [31]** |

On February 13, 2025, Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS and Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC; Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC and ESPN, Inc., jointly filed a Motion for Extension of Time to Respond to Complaint. Good cause appearing, the Court GRANTS the parties' joint motion. Defendants may file their responsive pleading up to and including March 31, 2025.

**IT IS SO ORDERED.**

Dated: 2/19/2025

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE