| | |
|---|---|
| 1 | RYAN K. YAGURA (S.B. #197619) |
| | ryagura@omm.com |
| 2 | NICHOLAS J. WHILT (S.B. #247738) |
| | nwhilt@omm.com |
| 3 | XIN-YI ZHOU (S.B. #251969) |
| | vzhou@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street, Suite 1900 |
| 5 | Los Angeles, CA 90071 |
| | Telephone: +1 213 430 6000 |
| 6 | Facsimile: +1 213 430 6407 |

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS, | **Case No. 2:25-cv-895** |
| | **DEFENDANTS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |
| Plaintiffs and Counterclaim-Defendants, | |
| v. | |
| THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC., | |
| Defendants and Counterclaim-Plaintiffs. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants The Walt Disney Company ("TWDC"); Disney Media & Entertainment Distribution LLC ("DMED"); Disney DTC LLC ("DDTC"); Disney Streaming Services LLC ("DSS"); Disney Entertainment & Sports LLC ("DES"); Disney Platform Distribution, Inc. ("DPD"); BAMTech LLC ("BAMTech"); Hulu, LLC "Hulu"; and ESPN, Inc. ("ESPN") (collectively, the "Defendants") state as follows:

As of the filing date of the Complaint, TWDC is a publicly held company. No other publicly held company owns 10% or more of TWDC's stock.

As of the filing date of the Complaint, DMED is an indirectly wholly owned subsidiary of TWDC. No other publicly held company owns 10% or more of DMED's stock.

As of the filing date of the Complaint, DDTC is an indirectly wholly owned subsidiary of TWDC, a publicly held company. No other publicly held company owns 10% or more of DDTC's stock.

As of the filing date of the Complaint, DSS is an indirectly wholly owned subsidiary of TWDC, a publicly held company. No other publicly held company owns 10% or more of DSS's stock.

As of the filing date of the Complaint, DES is an indirectly wholly owned subsidiary of TWDC, a publicly held company. No other publicly held company owns 10% or more of DES's stock.

As of the filing of the Complaint, DPD is an indirectly wholly owned subsidiary of TWDC, a publicly held company. No other publicly held company owns 10% or more of DPD's stock.

As of the filing of the Complaint, BAMTech is an indirect subsidiary of TWDC, a publicly held company that indirectly owns 80% of BAMTech, and Hearst Brazil, Inc., a subsidiary of The Hearst Corporation that owns the remaining 20% of BAMTech. No other publicly held company owns 10% or more of BAMTech's stock.

As of the filing of the Complaint, Hulu is an indirect subsidiary of TWDC, a publicly held company that indirectly owns 66.67% of Hulu, and Comcast Hulu Holdings, LLC, a subsidiary of Comcast Corporation, a publicly traded company that owns the remaining 33.33% of Hulu.  No other publicly held company owns 10% or more of Hulu's stock.

As of the filing of the Complaint, ESPN is an indirect subsidiary of TWDC, a publicly held company that indirectly owns 80% of ESPN, and Hearst Brazil, Inc., a subsidiary of The Hearst Corporation that owns the remaining 20% of ESPN.  No other publicly held company owns 10% or more of ESPN's stock.

Other than the parties in this case and the entities identified above, no other party has a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  March 31, 2025

RYAN K. YAGURA
NICHOLAS WHILT
XIN-YI ZHOU
O'MELVENY & MYERS LLP

By:  /s/ Ryan K. Yagura
     Ryan K. Yagura

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*