| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| RYAN K. YAGURA |
| 400 South Hope Street, 19th Floor |
| Los Angeles, CA 90071 |
| Telephone: (213) 430-6000 |
| Fax: (213) 430-6407 |

ATTORNEY(S) FOR: Defendants The Walt Disney Company et al

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| InterDigital, Inc. et al | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:25-cv-00895-WLH-RAO |
| v. | |
| The Walt Disney Company et al | CERTIFICATION AND NOTICE |
| | OF INTERESTED PARTIES |
| Defendant(s) | (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Defendants The Walt Disney Company et al
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| The Walt Disney Company | Defendant |
| Disney Media and Entertainment Distribution LLC | Defendant |
| Disney DTC LLC | Defendant |
| Disney Streaming Services LLC | Defendant |
| Disney Entertainment & Sports LLC | Defendant |
| Disney Platform Distribution, Inc. | Defendant |
| BAMTech, LLC | Defendant |
| Hulu, LLC | Defendant |
| ESPN, Inc. | Defendant |
| InterDigital, Inc. | Plaintiff |
| InterDigital VC Holdings, Inc. | Plaintiff |
| InterDigital Madison Patent Holdings, SAS | Plaintiff |
| See additional: Attachment A | |

| March 31, 2025 | /s/ Ryan K. Yagura |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendants

## ATTACHMENT A

| PARTY | CONNECTION / INTEREST |
|---|---|
| InterDigital CE Patent Holdings, SAS | Plaintiff |

| NON-PARTY | CONNECTION / INTEREST |
|---|---|
| Hearst Brazil, Inc. | Owns 20% of BAMTech, LLC and 20% of ESPN, Inc. |
| Comcast Hulu Holdings, LLC | Owns 33.33% of Hulu, LLC |