McKool Smith, P.C.
Los Angeles, CA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| INTERDIGITAL, INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC.,<br><br>Defendants. | Case No. 2:25-cv-00895-WLH-BFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**<br><br>Judge: Wesley L. Hsu |

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Counterclaims. Plaintiffs request that the current deadline of April 21, 2025, be extended by one week. Defendants do not oppose the extension. Therefore, the Court hereby GRANTS Plaintiffs Unopposed Motion for Extension of Time to Respond to Defendants' Counterclaims. The new deadline is April 28, 2025.

**IT IS SO ORDERED.**

Dated: _____                    _____

                                                                      Honorable Wesley L. Hsu
                                                                      United States District Court Judge