RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
NICHOLAS J. WHILT (S.B. #247738)
nwhilt@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION AT LOS ANGELES**

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | **Case No. 2:25-cv-895-WLH-BFM** <br><br> **DEFENDANTS' NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION RELATED TO INTERDIGITAL'S REQUEST FOR INJUNCTION IN BRAZIL** <br><br> Judge: Hon. Wesley L. Hsu <br> Magistrate: Hon. Brianna F. Mircheff <br> Hearing: May 30, 2025 at 1:30pm |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT at 1:30 p.m. on May 30, 2025, in the courtroom of the Honorable Wesley L. Hsu located at the First Street Courthouse, 350 West 1st Street, Los Angeles, CA 90012, in Courtroom 9B, Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc. (collectively, "Defendants") will move for an order for a preliminary injunction, pursuant to Fed. R. Civ. P. 65 and C.D. Cal., Local Civ. Rule 65-1, restraining and enjoining Plaintiffs InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS (collectively, "InterDigital") from enforcing any injunction awarded to it in the simultaneous Brazilian proceedings against Defendants until this Court resolves Defendants' breach of RAND licensing counterclaims in this action, including their First, Second, Third, and Fourth Counterclaims (Dkt. 42 at 99-103).

This motion will be made on the grounds that immediate and irreparable injury will result to Defendants unless InterDigital is so enjoined during the pendency of this action, and will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and the declarations of Ryan Yagura, Paula Beck,[1] Timothy Lee, Scott Labrozzi, Natalia Barzilai, and Ketan Mayer-Patel.

---

[1] Portions of the Declarations of Paula Beck and Scott Labrozzi, one exhibit to the Declaration of Timothy Lee, and the portions of Defendants' Memorandum that rely on the information therein have been redacted to protect Defendants' confidential and commercially sensitive information. Defendants concurrently file an application for leave to file the unredacted versions of these documents under seal pursuant to Local Rule 79-5.

| | | |
|---|---|---|
| DATED: April 24, 2025 | Respectfully submitted, | |
| | By: | */s/ Ryan K. Yagura* |
| | | Ryan K. Yagura |

RYAN K. YAGURA
NICHOLAS J. WHILT
XIN-YI ZHOU
O'MELVENY & MYERS LLP

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*