## JUDGE WESLEY L. HSU
## <u>SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET</u>
*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
**The Court <u>ORDERS</u> the parties to make every effort to agree on dates.**

| Case No.: 2:25-cv-00895-WLH-BFM | | Case Name: *InterDigital, Inc., et al. v. The Walt Disney Company, et al.* | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Pltfs Date mm/dd/yy** | **Defs Date mm/dd/yy** | **Court Order mm/dd/yy** |
| Check one: [X] Jury Trial [ ] Court Trial [ ] Magistrate Judge **(*Monday* at 9:00 a.m., within 12 months of Scheduling Conference)** Estimated Duration: <u>5-7</u> Days (Pltfs) and <u>10</u> Days (Defs) *Trial Subject to Trailing per Standing Order | | 08/17/2026 | 02/08/2027 | [ ] Jury Trial [ ] Court Trial |
| Final Pretrial Conference ("FPTC") [L.R. 16] **(*Friday* at 3:00 p.m., at least 18 days before trial)** | | 07/31/2026 | 01/15/2027 | |
| Event[1] **Note:** Hearings shall be on *Fridays* at 1:30 pm. Other dates can be any day of the week | **Weeks Before FPTC[2]** | **Pltfs Date mm/dd/yy** | **Defs Date mm/dd/yy** | **Court Order mm/dd/yy** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings/ Add Parties [Friday] | | 01/09/2026 | 03/06/2026 | |
| Fact Discovery Cut-Off **(No later than deadline for filing dispositive motions)** | 18 | 04/13/2026 | 08/24/2026 | |
| Expert Disclosure (Initial) | 16 | 04/27/2026 | 09/14/2026 | |
| Expert Disclosure (Rebuttal) | 14 | 05/11/2026 | 10/05/2026 | |
| Expert Discovery Cut-Off | 14 | 05/25/2026 | 10/26/2026 | |
| Last Date to <u>Hear</u> Motions <ul><li>Rule 56 Motion due at least 6 weeks before hearing;</li><li>Opposition due 2 weeks after Motion is filed before hearing;</li><li>Reply due 1 week after Opposition is filed</li></ul> | 12 | 05/29/2026 | 11/02/2026 | |
| Last Date to <u>Hear</u> *Daubert* Motions | 8 | 06/26/2026 | 12/07/2026 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select* one: [ ] 1. Magistrate Judge (*with Court approval*) [ ] 2. Court's Mediation Panel [X] 3. Private Mediation | 5 | 07/13/2026 | 01/08/2027 | [ ] Mag. J. [ ] Panel [ ] Private |
| **Trial Filings (first round)** <ul><li>Motions *In Limine* (except *Daubert*)</li><li>Memoranda of Contentions of Fact and Law [L.R. 16-4]</li><li>Witness Lists [L.R. 16-5]</li><li>Joint Exhibit List [L.R. 16-6.1]</li><li>Joint Status Report Regarding Settlement</li><li>Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only)</li><li>Declarations containing Direct Testimony, if ordered (court trial only)</li></ul> | 4 | 07/20/2026 | 01/11/2027 | |
| **Trial Filings (second round)** <ul><li>Oppositions to Motions In Limine</li></ul> | 2 | 08/03/2026 | 01/25/2027 | |

---

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

[2] The numbers below represent the Court's recommended timeline. The parties may proposed alternate dates based on the needs of each individual case. Class Actions and ERISA cases may need to vary from the above.

| | | | | |
|---|---|---|---|---|
| • Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (court trial only) | | | | |