Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 694-1200
Facsimile:   (213) 694-1234

Richard Kamprath (*admitted pro hac vice*)
rkamprath@mckoolsmith.com
Alexandra Easley (*admitted pro hac vice*)
aeasley@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone:  (214) 978-4000
Facsimile:   (214) 978-4044

Hannah Mirzoeff (*admitted pro hac vice*)
hmirzoeff@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone:  (212) 402-9400
Facsimile:   (212) 402-9444

Joshua W. Budwin (*admitted pro hac vice*)
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone:  (512) 692-8700
Facsimile:   (512) 692-8744

Kevin Burgess (*admitted pro hac vice*)
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile:   (903) 923-9099

PLAINTIFFS' NOTICE OF MOTION FOR MOTION TO DISMISS
CASE NO. 2:25-CV-00895-WLH-BFM

Nancy Olson (SBN 260303)
nolson@olsonstein.com
David Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane, #301
Newport Beach, CA 92663
Telephone: (310) 916-7433

*Attorneys for Plaintiffs*
*InterDigital, Inc., InterDigital VC Holdings, Inc.,*
*InterDigital Madison Patent Holdings, SAS, and*
*InterDigital CE Patent Holdings, SAS*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| INTERDIGITAL, INC.; INTERDIGITAL VC HOLDINGS, INC.; INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY; DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC; DISNEY DTC LLC; DISNEY STREAMING SERVICES LLC; DISNEY ENTERTAINMENT & SPORTS LLC; DISNEY PLATFORM DISTRIBUTION, INC.; BAMTECH, LLC; HULU, LLC; AND ESPN, INC.,<br><br>Defendants. | **Case No. 2:25-cv-00895-WLH-BFM**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS' BREACH OF CONTRACT COUNTERCLAIMS**<br><br>Hearing Date: May 30, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Honorable Wesley L. Hsu<br><br>Complaint Filed: Feb. 2, 2025<br>Trial Date: Not Set Yet |

McKool Smith, P.C.
Los Angeles, CA

**TO DEFENDANTS' AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, at 1:30 p.m. on May 30, 2025, in the courtroom of the Honorable Wesley L. Hsu located at the First Street Courthouse, 350 West First Street, Los Angeles, CA 90012, in Courtroom 9B, Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS (collectively, "Plaintiffs" or "InterDigital"), will respectfully move this Honorable Court to dismissing Counterclaims 1-4 filed on March 31, 2025 by Defendants The Walt Disney Company; Disney Media and Entertainment Distribution LLC; Disney DTC LLC; Disney Streaming Services LLC; Disney Entertainment & Sports LLC; Disney Platform Distribution, Inc.; BAMTech, LLC; Hulu, LLC; and ESPN, Inc. (collectively, "Disney" or "Defendants") (Dkt. 42), with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the counterclaims fail to state a claim against the Plaintiffs upon which relief may be granted.

Plaintiffs base this Motion upon this Notice of Motion, the attached Memorandum of Points and Authorities, and exhibits thereto, the pleadings, documents, and records on file in this case, all other matters judicially noticeable, such further papers as may be filed in connection with this Motion, and on any further documentary evidence or oral argument as this Court may permit.

This Motion is made following the conference of counsel (by video) pursuant to L.R. 7-3, which took place on April 21, 2025.

| | | |
|---|---|---|
| 1 | Dated: April 28, 2025 | Respectfully submitted, |
| 2 | | */s/ Richard Kamprath* |
| 3 | | Alan P. Block (CA Bar No. 143783) |
| | | ablock@mckoolsmith.com |
| 4 | | **MCKOOL SMITH, P.C.** |
| 5 | | 300 South Grand Avenue, Suite 2900 |
| | | Los Angeles, California 90071 |
| 6 | | Telephone: (213) 694-1200 |
| 7 | | Facsimile: (213) 694-1234 |
| 8 | | Richard A. Kamprath (*admitted pro hac vice*) |
| 9 | | rkamprath@mckoolsmith.com |
| 10 | | Alexandra Easley (*admitted pro hac vice*) |
| 11 | | aeasley@mckoolsmith.com |
| 12 | | **MCKOOL SMITH, P.C.** |
| 13 | | 300 Crescent Court, Suite 1200 |
| 14 | | Dallas, Texas 75201 |
| | | Telephone: (214) 978-4000 |
| 15 | | Facsimile: (214) 978-4044 |
| 16 | | Hannah Mirzoeff (*admitted pro hac vice*) |
| 17 | | hmirzoeff@mckoolsmith.com |
| 18 | | **MCKOOL SMITH, P.C.** |
| 19 | | 1301 Avenue of the Americas, 32nd Floor |
| 20 | | New York, New York 10019 |
| 21 | | Telephone: (212) 402-9400 |
| | | Facsimile: (212) 402-9444 |
| 22 | | |
| 23 | | Joshua W. Budwin (*admitted pro hac vice*) |
| 24 | | jbudwin@mckoolsmith.com |
| 25 | | **MCKOOL SMITH, P.C.** |
| 26 | | 303 Colorado Street, Suite 2100 |
| 27 | | Austin, Texas 78701 |
| | | Telephone: (512) 692-8700 |
| 28 | | |

McKool Smith, P.C.
Los Angeles, CA

2
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. 2:25-CV-00895-WLH-BFM

Facsimile: (512) 692-8744

Kevin Burgess (*admitted pro hac vice*)
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Nancy Olson (SBN #260303)
nolson@olsonstein.com
David Stein (SBN #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane, #301
Newport Beach, CA 92663
Telephone: (310) 916-7433

*Attorneys for Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS*

3
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. 2:25-CV-00895-WLH-BFM