Richard Kamprath (*admitted pro hac vice*)
rkamprath@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Nancy Olson (SBN 260303)
nolson@olsonstein.com
David Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane, #301
Newport Beach, CA 92663
Telephone: (310) 916-7433

*Additional Counsel for Plaintiffs listed in signature block*
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| INTERDIGITAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00895-WLH-BFM<br><br>**PLAINTIFFS' EVIDENTIARY OBJECTION TO DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Wesley L. Hsu<br>Hearing: May 30, 2025, 1:30 p.m.<br>Courtroom: 9B |

4905-9843-6166
4905-9843-6166

Plaintiffs object to new evidence that was improperly submitted for the first time with Defendants' Reply brief in support of the motion for preliminary injunction (ECF No. 67).

| Objector | Evidence | Objection | Ruling |
|---|---|---|---|
| Plaintiffs | Supplemental Declaration of Ketan Mayer-Patel (ECF No. 67-1) | Untimely new evidence and arguments raised for the first time in support of Reply | S/O |

The Court should exclude the Supplemental Mayer-Patel Declaration because it contains new evidence underlying new arguments raised for the first time in Defendants' Reply. *See, e.g., Newpoint Fin. Corp. v. Bermuda Monetary Auth.*, 680 F. Supp. 3d 1151, 1163 n.3 (C.D. Cal. 2023) ("arguments raised for the first time in a reply brief are waived") (citing *Autotel v. Nev. Bell Tel. Co.*, 697 F.3d 846, 852 (9th Cir. 2012)). The new evidence contained in the Supplemental Declaration relates to Disney's allegations about the purported technical scope of the patent claims asserted by InterDigital in the Brazilian proceeding. *See* ECF No. 67-1 at ¶¶ 7-13 (analyzing scope of "asserted Claim 8 of Brazilian Patent PI0305519" and comparing claim elements to H.264/H.265 standards). This testimony and supporting arguments concerning the scope of the patent claims at issue in Brazil were not included in either Defendants' Motion for Preliminary Injunction (ECF No. 50) or in Ketan Mayer-Patel's original declaration attached to Defendants' Motion (ECF No. 50-18). Those arguments could have been made in the Motion and original declaration; saving them for reply is improper and warrants sustaining Plaintiffs' objection.

Plaintiffs' objection should also be sustained because Plaintiffs will be unduly prejudiced if this information is considered for the first time in reply when Plaintiffs have not had any opportunity to respond to or rebut the evidence and related arguments.

1

Plaintiffs' Evidentiary Objection to Defendants' Reply ISO of Motion for Preliminary Injunction
4905-9843-6166
4905-9843-6166

Therefore, the Court should sustain the objection and exclude the Supplemental Declaration of Ketan Mayer-Patel (ECF No. 67-1).[1]

Dated: May 23, 2025                    Respectfully submitted,


                                                               /s/ Richard A. Kamprath
Richard A. Kamprath *(admitted pro hac vice)*
rkamprath@mckoolsmith.com
Alexandra Easley *(admitted pro hac vice)*
aeasley@mckoolsmith.com
R. Arden Seavers *(admitted pro hac vice)*
aseavers@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Alan P. Block (CA Bar No. 143783)
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Hannah Mirzoeff *(admitted pro hac vice)*
hmirzoeff@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

---

[1] If the Court prefers to consider the evidence rather than exclude it as untimely, then in the alternative, Plaintiffs stand ready to file a motion for leave to file a sur-reply with a supporting rebuttal declaration to provide a substantive response to Defendants' improper new evidence. Should the Court prefer that option, an example of those documents for which Plaintiffs would seek leave to file is attached as Exhibit A.

Joshua W. Budwin *(admitted pro hac vice)*
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Kevin Burgess *(admitted pro hac vice)*
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Nancy Olson (SBN 260303)
nolson@olsonstein.com
David Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane, #301
Newport Beach, CA 92663
Telephone: (310) 916-7433

*Attorneys for Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS*