RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
NICHOLAS J. WHILT (S.B. #247738)
nwhilt@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone:   213-430-6000
Facsimile:    213-430-6407

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION AT LOS ANGELES**

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC.,<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. 2:25-cv-895-WLH-BFM<br><br>**DEFENDANTS' EVIDENTIARY OBJECTION TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Wesley L. Hsu<br>Magistrate: Hon. Brianna F. Mircheff<br>Hearing: May 30, 2025 at 1:30 pm<br>Courtroom 9B |

On Friday, March 23, 2025, Plaintiffs filed a Notice of Supplemental Authority (ECF No. 71) attaching an Anti-Foreign Interference-Injunction order from the Munich Regional Court I, Ref. 7 O 6397/25 that has no bearing on these proceedings. Plaintiffs have not received any similar such order from the court in Brazil and, therefore, Defendants object to the inclusion of the irrelevant material.

The supplemental authority does not address any factual or legal issue presented in this forum. Defendants have not requested that this Court prohibit Plaintiffs from enforcing decisions that may arise from the patent infringement proceedings going on before the national courts in Germany. The German national courts have a well-established legal history of prohibiting foreign anti-suit injunctions. See, e.g., OLG Düsseldorf BeckRS 1996, 940. Defendants made clear to Plaintiffs' counsel that they will follow all applicable rules, policies, contractual obligations, and legal precedent around the globe thus there was no need for Plaintiffs to request such an order from the Munich Regional Court in a *newly filed case* that Defendants were not even made aware of before Plaintiffs' filing (ECF No. 71) on Friday, May 23, 2025.

Defendants are unaware of any rule, policy, contractual obligation, or legal precedent prohibiting the requested remedy before this Court that InterDigital be preliminarily enjoined from enforcing any injunction awarded in Brazil while the RAND counterclaims are pending nor have Plaintiffs provided any such applicable authority. Therefore, the Court should sustain the objection and disregard the Supplemental Authority (ECF No. 71-1).

DATED: May 27, 2025				Respectfully submitted,


						By:	*/s/ Ryan K. Yagura*
							Ryan K. Yagura

						RYAN K. YAGURA
						NICHOLAS J. WHILT
						XIN-YI ZHOU
						O'MELVENY & MYERS LLP

						*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

2