1  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
2  NICHOLAS J. WHILT (S.B. #247738)
   nwhilt@omm.com
3  XIN-YI ZHOU (S.B. #251969)
   vzhou@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street, Suite 1900
5  Los Angeles, CA 90071
   Telephone:  213-430-6000
6  Facsimile:  213-430-6407

7
   *Attorneys for Defendants The Walt Disney*
8  *Company, Disney Media and Entertainment*
   *Distribution LLC, Disney DTC LLC, Disney*
9  *Streaming Services LLC, Disney Entertainment &*
   *Sports LLC, Disney Platform Distribution, Inc.,*
10 *BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

11              **IN THE UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
12                **WESTERN DIVISION AT LOS ANGELES**

13

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS, <br><br>Plaintiffs and Counterclaim-Defendants, <br><br>v. <br><br>THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC., <br><br>Defendants and Counterclaim-Plaintiffs. | Case No. 2:25-cv-895-WLH-BFM <br><br>**JOINT STIPULATION REGARDING THE SCOPE OF ALLEGATIONS IN INTERDIGITAL'S FEBRUARY 2, 2025 COMPLAINT** <br><br>Judge: Hon. Wesley L. Hsu <br>Magistrate: Hon. Brianna Fuller Mircheff |

Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc. (collectively, "Defendants") and Plaintiffs InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS (collectively, "InterDigital" or "Plaintiffs"), by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1. On February 2, 2025, InterDigital filed its Complaint for patent infringement against Defendants. Dkt. 1.

2. On April 18, 2025, the parties met and conferred to discuss the scope of the allegations in InterDigital's Complaint, specifically regarding any claims for inducement of infringement, contributory infringement, or willful infringement against Defendants.

3. On May 5, 2025, the parties agreed on the language for the below stipulation.

## STIPULATION

Accordingly, the Parties, by and through their respective attorneys of record, hereby stipulate that:

1. InterDigital's Complaint filed on Feb. 2, 2025 (Dkt. 1) (the "Original Complaint") does not include claims of inducement of infringement, contributory infringement, or willful infringement.

2. InterDigital is withdrawing Paragraph B in the Original Complaint's Prayer for Relief ("A judgment and order finding that Defendants' infringement has been willful").

3. This stipulation in no way alters InterDigital's allegations related to any claim set forth in Counts I through V of the Original Complaint. Nor does it relate to or alter any relief requested in the Original Complaint's Prayer for Relief other than

Paragraph B. InterDigital expressly reserves its rights to amend the Complaint in accordance with the local rules and the Federal Rules of Civil Procedure.

DATED: June 16, 2025

Respectfully submitted,

By: */s/ Richard Kamprath*

Alan P. Block (CA Bar No. 143783)
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Ste. 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200

Richard Kamprath *(admitted pro hac vice)*
rkamprath@mckoolsmith.com
Alexandra Easley *(admitted pro hac vice)*
aeasley@mckoolsmith.com
R. Arden Seavers *(admitted pro hac vice)*
aseavers@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000

Joshua W. Budwin *(admitted pro hac vice)*
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700

Kevin Burgess *(admitted pro hac vice)*
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Ste. 300
Marshall, TX 75670
Telephone: (903) 923-9000

Hannah Mirzoeff *(admitted pro hac vice)*
hmirzoeff@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400

By:   */s/ Nicholas J. Whilt*
        Nicholas J. Whilt

RYAN K. YAGURA
NICHOLAS J. WHILT
XIN-YI ZHOU
O'MELVENY & MYERS LLP

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

1
2  Nancy Olson (SBN 260303)
   nolson@olsonstein.com
3  David Stein (SBN 198256)
   dstein@olsonstein.com
4  **OLSON STEIN LLP**
   240 Nice Lane, #301
5  Newport Beach, CA 92663
   Telephone: (310) 916-7433
6
   *Attorneys for Plaintiffs InterDigital,*
7  *Inc., InterDigital VC Holdings, Inc.,*
   *InterDigital Madison Patent*
8  *Holdings, SAS, and InterDigital CE*
   *Patent Holdings, SAS*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Nicholas J. Whilt*
Nicholas J. Whilt