1  Richard Kamprath (admitted *pro hac vice*)
   rkamprath@mckoolsmith.com
2  **MCKOOL SMITH, P.C.**
   300 Crescent Court, Suite 1200
3  Dallas, Texas 75201
   Telephone: (214) 978-4000
4  Facsimile: (214) 978-4044

5  \*\*Additional Counsel listed in signature block
6  *Attorneys for Plaintiffs*

7  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
8  **O'MELVENY & MYERS LLP**
   400 South Hope Street, Suite 1900
9  Los Angeles, CA 90071
   Telephone: 213-430-6000
10 Facsimile: 213-430-6407

11 \*\* Additional Counsel listed in signature block
12 *Attorneys for Defendants*

13

14              **UNITED STATES DISTRICT COURT**
15              **CENTRAL DISTRICT OF CALIFORNIA**
16              **WESTERN DIVISION AT LOS ANGELES**

17 INTERDIGITAL, INC., *et al.*,              ) Case No. 2:25-cv-00895-WLH-BFM
                                              )
18                    Plaintiffs,             )
                                              ) **JOINT REQUEST TO SET**
19          v.                                ) **CLAIM CONSTRUCTION**
                                              ) **HEARING DATE**
20 THE WALT DISNEY COMPANY, *et al.*,         )
                                              )
21                    Defendants.             ) Judge: Wesley L. Hsu
                                              ) Hearing Date: TBD
22                                            )

23
24
25
26
27
28

Pursuant to the Court's Standing Order for Patent Cases (ECF No. 18 at 11), the parties jointly ask the Court to set the claim construction hearing for Friday, October 10, 2025 at 1:30 p.m.; Friday, October 17, 2025 at 1:30 p.m.; Friday, October 24, 2025 at 1:30 p.m.; or at the Court's earliest convenience. The parties filed their Joint Claim Construction Prehearing Statement on August 15, 2025 (ECF No. 100), and briefing will be completed on September 5, 2025.

Dated: August 22, 2025.                    Respectfully submitted,

/s/ Richard Kamprath                        /s/ Ryan K. Yagura
Alan P. Block (CA Bar No. 143783)           Ryan K. Yagura
ablock@mckoolsmith.com                      RYAN K. YAGURA
**MCKOOL SMITH, P.C.**                      NICHOLAS J. WHILT
300 South Grand Avenue, Suite 2900          XIN-YI ZHOU
Los Angeles, California 90071               O'MELVENY & MYERS LLP
Telephone: (213) 694-1200                   400 South Hope Street, Suite 1900
Facsimile: (213) 694-1234                   Los Angeles, CA 90071
                                            Telephone: 213-430-6000
                                            Facsimile: 213-430-6407
Richard A. Kamprath (admitted *pro hac vice*)
rkamprath@mckoolsmith.com                   *Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*
Alexandra Easley (admitted *pro hac vice*)
aeasley@mckoolsmith.com
R. Arden Seavers (admitted *pro hac vice*)
aseavers@mckoolsmith.com
Joseph Micheli (admitted *pro hac vice*)
jmicheli@mckoolsmith.com
Samuel Moore (admitted *pro hac vice*)
smoore@mckoolsmith.com
Daniel Iliasevitch (admitted *pro hac vice*)
diliasevitch@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200

Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Hannah Mirzoeff (admitted *pro hac vice*)
hmirzoeff@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Joshua W. Budwin (admitted *pro hac vice*)
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Kevin Burgess (admitted pro hac vice)
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Nancy Olson (SBN 260303)
nolson@olsonstein.com
David Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane, #301
Newport Beach, CA 92663
Telephone: (310) 916-7433

*Attorneys for Plaintiffs InterDigital,*

1 | *Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CD Patent Holdings, SAS*

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the filter attests that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Richard Kamprath*
Richard Kamprath
