**MINISTÈRE DE LA JUSTICE**
*Liberté*
*Égalité*
*Fraternité*



DÉPARTEMENT DE L'ENTRAIDE, DU DROIT INTERNATIONAL PRIVÉ ET EUROPÉEN

Case reference:
**DEDIPE/ 376OP2025**
✉entraide-civile-internationale@justice.gouv.fr
Tél. : +33 1 44 77 61 05

Direction des affaires civiles et du sceau

Paris, on October 14, 2025

Honorable Brianna Fuller Mircheff
Magistrate Judge
U.S. District Court for the Central District of California
Roybal Federal Building and U.S. Courthouse
255 E. Temple Street
Los Angeles, California 90012 USA
Courtroom 780, 7th floor
United States of America

**SUBJECT :** Acceptation of a letter of request pursuant the Convention de La Haye du 18 mars 1970 sur l'obtention de preuves à l'étranger en matière civile ou commerciale

**CASE :** INTERDIGITAL c/ THE WALT DISNEY

**Y/RÉF :** Affaire No. 2:25-CV-00895-WLH-BFM

Dear Sir or Madam,

The Department of Judicial Cooperation, European and Private International Law of the French Ministry of Justice has the honor to acknowledge receipt, on October 11, 2025, of the letter of request in civil and commercial matters, issued by the United States District Court for the Central District of California Roybal Federal Building and Federal Courthouse on August 11, 2025, regarding to :

- Interview Thomson Licensing SAS, represented by Philippe Benezeth, Senior Patent Advisor, 975 Avenue des Champs Blancs, CS 176316, 35510 Cesson Sévigné

- Obtain documents from Thomson Licensing for the period from 1 January 2000 to 31 December 2018 inclusive.

Please be informed that the letter of request has been authorized and forwarded this day for execution to the public prosecutor at the First Instance Court of Rennes.

Yours sincerely,

Alexia SEDYKH

DACS
13, place Vendôme – 75042 Paris Cedex 01
Telephone : 01 44 77 61 05
www.justice.gouv.fr

**MINISTÈRE
DE LA JUSTICE**

*Liberté
Égalité
Fraternité*




Sab



Case 2:25-cv-00895-WLH-BFM   Document 121   Filed 10/27/25   Page 3 of 3   Page ID #:7102