# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERDIGITAL, INC., et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-cv-00895-WLH-BFM<br><br>MOTION RE INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Brianna Fuller Mircheff. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

<u>X Hearing Required</u>

<u>X Video Conference</u>

Magistratet Judge: <u>Brianna Fuller Mircheff</u>

Date/Time:    <u>January 22, 2026 at 10:30 AM</u>

Courtroom:    <u>Zoom information can be found on the court's website under Judge Mircheff's Procedures and Schedules Page</u>

<u> January 15, 2026 </u>　　　　　　　　By <u> /s/ *Christianna Howard* </u>
Date　　　　　　　　　　　　　　　　　Deputy Clerk

CV-19 (11/21)　　　MOTION RE: INFORMAL DISCOVERY DISPUTE