| | |
|---|---|
| 1 | Nancy M. Olson (SBN 260303) |
| 2 | nolson@olsonstein.com |
|   | David M. Stein (SBN 198256) |
| 3 | dstein@olsonstein.com |
| 4 | **OLSON STEIN LLP** |
|   | 240 Nice Lane #301 |
| 5 | Newport Beach, CA 92663 |
| 6 | Phone: 310.916.7433 |
|   | * Additional Counsel listed in signature block |
| 7 | *Attorneys for Plaintiffs* |
| 8 | |
|   | Ryan K. Yagura (SBN 197619) |
| 9 | ryagura@omm.com |
| 10 | **O'MELVENY & MYERS LLP** |
|    | 400 South Hope Street, Suite 1900 |
| 11 | Los Angeles, CA 90071 |
| 12 | Phone: 213.430.6407 |
|    | * Additional Counsel listed in signature block |
| 13 | *Attorneys for Defendants* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION LOS ANGELES

| | |
|---|---|
| INTERDIGITAL, INC., *et al.*, | Case No. 2:25-cv-00895-WLH-BFM |
| Plaintiffs, | **[DISCOVERY MATTER]** |
| v. | **JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL** |
| THE WALT DISNEY COMPANY, *et al.* | |
| Defendants. | Judge: Hon. Wesley L. Hsu |
|  | Magistrate Judge: Hon. Brianna Fuller Mircheff |
|  | Hearing Requested: February 24 - 26, 2026 |

-1-

     Pursuant to ECF No. 128, the parties respectfully submit the following stipulation regarding Plaintiffs' discovery motion to compel:

     1.  On January 22, 2026, the Court held an Informal Discovery Conference with the parties and ordered the parties to submit a joint briefing schedule regarding the motion to compel.

     2.  On January 23, 2026, the parties met and conferred to discuss a proposed briefing schedule.

     3.  The parties agreed to the following briefing schedule and respectfully submit it as stipulated for the Court's consideration: Plaintiffs' shall file their motion to compel by Friday, January 30, 2026; Defendants' opposition is due by Monday, February 9, 2026; and Plaintiffs' reply brief is due on or before Monday, February 16, 2026.

     4.  The parties further request that a hearing is set between February 24 – 26, 2026, or a date thereafter that is convenient to the Court.

**IT IS SO STIPULATED.**

Dated: January 26, 2026             Respectfully submitted,

_[signature]_                          _/s/ Ryan K. Yagura_

David M. Stein (CA SBN 198256)      Ryan K. Yagura (SBN 197619)
Nancy M. Olson (CA SBN 260303)     Nicholas J. Whilt
**OLSON STEIN LLP**                    Xin-Yi Zhou
240 Nice Lane #301                   **O'MELVENY & MYERS LLP**
Newport Beach, CA 92663         400 South Hope Street, Suite 1900
Telephone: 310.916.7433          Los Angeles, CA 90071
                                          Telephone: 213.430.6000
                                          _Attorneys for Defendants_

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.694.1200

| | |
|---|---|
| 1 | Richard A. Kamprath (admitted *pro hac vice*) |
| 2 | rkamprath@mckoolsmith.com |
|   | R. Arden Seavers (admitted *pro hac vice*) |
| 3 | aseavers@mckoolsmith.com |
| 4 | Joseph Micheli (admitted *pro hac vice*) |
|   | jmicheli@mckoolsmith.com |
| 5 | Samuel Moore (admitted *pro hac vice*) |
| 6 | smoore@mckoolsmith.com |
|   | Daniel Iliasevitch (admitted *pro hac vice*) |
| 7 | diliasevitch@mckoolsmith.com |
| 8 | **MCKOOL SMITH, P.C.** |
|   | 300 Crescent Court, Suite 1200 |
| 9 | Dallas, TX 75201 |
| 10 | Telephone: 214.978.4000 |
| 11 | |
|   | Hannah Mirzoeff (admitted *pro hac vice*) |
| 12 | hmirzoeff@mckoolsmith.com |
|   | **MCKOOL SMITH, P.C.** |
| 13 | 1301 Avenue of the Americas, |
| 14 | 32nd Floor |
|   | New York, NY 10019 |
| 15 | Telephone: 212.402.9400 |
| 16 | |
|   | Joshua W. Budwin (admitted *pro hac vice*) |
| 17 | jbudwin@mckoolsmith.com |
| 18 | **MCKOOL SMITH, P.C.** |
|   | 303 Colorado Street, Suite 2100 |
| 19 | Austin, TX 78701 |
| 20 | Telephone: (512) 692-8700 |
| 21 | |
|   | Kevin Burgess (admitted *pro hac vice*) |
| 22 | kburgess@mckoolsmith.com |
| 23 | **MCKOOL SMITH, P.C.** |
|   | 104 East Houston Street, Suite 300 |
| 24 | Marshall, TX 75670 |
|   | Telephone: (903) 923-9000 |
| 25 | *Attorneys for Plaintiff* |
| 26 | |
| 27 | Dated: January 26, 2026 |
| 28 | |

## L.R. 5-4.3.4 ATTESTATION

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: January 26, 2026

By: _____

**OLSON STEIN LLP**
David M. Stein (CA SBN 198256)
dstein@olsonstein.com
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433