1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION LOS ANGELES

| | |
|---|---|
| INTERDIGITAL, INC., *et al.*, | Case No. 2:25-cv-00895-WLH-BFM |
| Plaintiffs, | **[DISCOVERY MATTER]** |
| v. | **ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO COMPEL** |
| THE WALT DISNEY COMPANY, *et al.* | |
| Defendants. | Judge: Hon. Wesley L. Hsu<br>Magistrate Judge: Hon. Brianna Fuller Mircheff<br>Hearing Requested: February 24 - 26, 2026 |

Upon consideration of the Joint Stipulation Re: Briefing Schedule for Plaintiffs' Motion to Compel, filed by the parties on January 26, 2026, and for good cause shown, it is hereby **ORDERED** as follows:

- The deadline for Plaintiffs to file their motion to compel is Friday, January 30, 2026;
- The deadline for Defendants to file their opposition is Monday, February 9, 2026;
- The deadline for Plaintiffs to file their reply brief is Monday, February 16, 2026.
- A hearing on Plaintiffs' motion to compel is set for Thursday, February 26, 2026, at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: January 27, 2026

_____
Honorable Brianna Fuller Mircheff
U.S. Magistrate Judge