1  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
2  NICHOLAS J. WHILT (S.B. #247738)
   nwhilt@omm.com
3  XIN-YI ZHOU (S.B. #251969)
   vzhou@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street, Suite 1900
5  Los Angeles, CA 90071
   Telephone:  213-430-6000
6  Facsimile:   213-430-6407

7
   *Attorneys for Defendants The Walt Disney*
8  *Company, Disney Media and Entertainment*
   *Distribution LLC, Disney DTC LLC, Disney*
9  *Streaming Services LLC, Disney Entertainment &*
   *Sports LLC, Disney Platform Distribution, Inc.,*
10 *BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

11          **IN THE UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
12            **WESTERN DIVISION AT LOS ANGELES**

13

14 INTERDIGITAL INC.,                    **Case No. 2:25-cv-895-WLH-BFM**
   INTERDIGITAL VC HOLDINGS,
15 INC., INTERDIGITAL MADISON           **DEFENDANTS' NOTICE OF**
   PATENT HOLDINGS, SAS, AND            **RELATED PROCEEDINGS**
16 INTERDIGITAL CE PATENT
   HOLDINGS, SAS,                        Judge: Hon. Wesley L. Hsu
17                                       Magistrate: Hon. Brianna F. Mircheff
                    Plaintiffs and
18                  Counterclaim-
                    Defendants,
19
          v.
20
   THE WALT DISNEY COMPANY,
21 DISNEY MEDIA AND
   ENTERTAINMENT DISTRIBUTION
22 LLC, DISNEY DTC LLC, DISNEY
   STREAMING SERVICES LLC,
23 DISNEY ENTERTAINMENT &
   SPORTS LLC, DISNEY PLATFORM
24 DISTRIBUTION, INC., BAMTECH,
   LLC, HULU, LLC, AND ESPN, INC.,
25
                    Defendants and
26                  Counterclaim-
                    Plaintiffs.
27

28

Pursuant to L.R. 83-1.3, Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc. (collectively, "Defendants") hereby notify the Court of the following proceedings relating to U.S. Patent Nos. 8,406,301 ("the '301 Patent"), 11,381,818 ("the '818 Patent"), and 9,185,268 ("the '268 Patent") asserted in the above-captioned case[1]:

1) On February 9, 2026, Dolby Laboratories, Inc., filed a Petition for *Inter Partes Review* (Case No. IPR2026-00252) challenging claims 1–30 of the '268 Patent.  This petition addresses all claims of the '268 Patent.

2) On February 17, 2026, Defendants filed a Request for *Ex Parte Reexamination* (App. No. 90/015,968) challenging claims 1, 4–5, 8–10, 13–14, and 16 of the '818 Patent.  This request addresses all of the asserted claims of the '818 Patent.

3) On February 27, 2026, Defendants filed a Request for *Ex Parte Reexamination* (App. No. 90/016,017) challenging claim 8 of the '301 Patent.  This request addresses the only asserted independent claim of the '301 Patent.  During the Claim Construction hearing held on October 28, 2025, the Court tentatively held that the remaining asserted claims of the '301 Patent (dependent claims 10 and 11) are indefinite.

4) On March 3, 2026, Dolby Laboratories, Inc., Dolby Laboratories Licensing Corporation, and Dolby International AB filed a Complaint against InterDigital, Inc. and InterDigital Madison Patent Holdings, SAS seeking declarations of non-infringement and invalidity of the '268 Patent.  This case was filed in the United States District Court for the Central District of California, Western Division, and assigned Case No.

---

[1] Fact discovery is currently scheduled to close on April 13, 2026.  Defendants have moved to continue the case schedule.  *See* Dkt. Nos. 135-136, 143, and 145.

1    2:26-cv-02269.  The case has not yet been assigned to a judge.  Among

2    other claims, the Dolby plaintiffs seek a declaration that Disney's use of

3    the Dolby Vision technology—as accused in the above-captioned case—

4    does not infringe the '268 Patent.  *See* Case No. 2:26-cv-02269, Dkt. 1 at

5    ¶¶ 31-41.

6        The above proceedings are related to this action because they challenge the

7    validity and/or infringement of the remaining asserted claims of the '301, '268, and

8    '818 Patent.[2]

9

10   DATED: March 6, 2026                    Respectfully submitted,

11

12                                           By:   */s/ Ryan K. Yagura*
                                                   Ryan K. Yagura

13

14                                           RYAN K. YAGURA
                                             NICHOLAS J. WHILT
15                                           XIN-YI ZHOU
                                             O'MELVENY & MYERS LLP
16

17                                           *Attorneys for Defendants The Walt Disney*
                                             *Company, Disney Media and*
18                                           *Entertainment Distribution LLC, Disney*
                                             *DTC LLC, Disney Streaming Services LLC,*
19                                           *Disney Entertainment & Sports LLC,*
                                             *Disney Platform Distribution, Inc.,*
20                                           *BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

21

22

23

24

25

26   [2] Plaintiffs assert five patents in this case.  During the Claim Construction hearing
     held on October 28, 2025, the Court tentatively invalidated two of the five patents-
27   in-suit, U.S. Patent Nos. 8,085,297 and 10,805,610.  The Court has yet to issue its
     formal Claim Construction Order.  If the Court adopts its tentative order, the '301,
28   '818, and '268 Patents would be the only asserted patents remaining in the case.