RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
NICHOLAS J. WHILT (S.B. #247738)
nwhilt@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone:   213-430-6000
Facsimile:    213-430-6407

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC.,<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. 2:25-cv-895-WLH-BFM<br><br>**DEFENDANTS' STATUS UPDATE ON INTERNATIONAL DISCOVERY**<br><br>Judge: Hon. Wesley L. Hsu<br>Magistrate: Hon. Brianna F. Mircheff |

1

PLEASE TAKE NOTICE that pursuant to the Court's August 8, 2025 Order Granting Defendants' *Ex Parte* Application for Issuance of Letters of Request (Dkt. No. 91), Defendants hereby provide the Court with a further update regarding the status of the letter rogatory served under the Hague Convention on Technicolor Group located in Paris, France (Dkt. No. 99)[1]:

As explained in Defendants' pending Motion to Continue Case Schedule, the First Instance Court of Paris issued an order on January 26, 2026, setting a deadline of March 11, 2026 for Technicolor Group to disclose responsive documents. *See* Dkt. No. 135-1 at 9; Dkt. No. 136-3 at ¶¶ 5–6.

On March 13, 2026, the clerk of the Paris Court informed Defendants that Technicolor Group had not produced any documents by the March 11 deadline. The clerk further indicated that the Paris Court intends to grant Technicolor Group an extension either to produce documents or to confirm that it has no documents responsive to the request. As of the date of this Notice, Defendants have not received any formal order granting such an extension, and Defendants are currently unaware of the length of any extension the Paris Court may grant.

---

[1] The Technicolor Group letter request is one of eight Hague Convention requests issued by the Court. *See* Dkt. Nos. 92-99.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED: March 16, 2025

Respectfully submitted,

By: <u>/s/ Ryan K. Yagura</u>
     Ryan K. Yagura

RYAN K. YAGURA
NICHOLAS J. WHILT
XIN-YI ZHOU
O'MELVENY & MYERS LLP

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*