**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| InterDigital, Inc., et al.<br><br>PLAINTIFF(S)<br>v.<br><br>The Walt Disney Company, et al.<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:25-cv-00895-WLH-BFM<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☒ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of scanned document: NOTICE OF DECISION FROM FOREIGN TRIBUNAL - 1

Filed date: 2/27/2026    Document Number(s): 149

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern  division.  The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern  division. The former case number _____ has been changed to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:    Due to clerical error, Page 2 of NOTICE OF DECISION FROM FOREIGN TRIBUNAL - 1 [Docket 149] was missing. The corrected document has been re-scanned and docketed as an attachment to this G-11.

CLERK, U.S. DISTRICT COURT

Date: 3/18/2026

By: J. Jiang (213) 894 - 3535

Deputy Clerk