



**Réf: L/JUR/2026/01**
**Contact:** N. Volanis, Conseiller juridique adjoint
**Courriel:** jur@itu.int
T. +41 (0)22 730 6259

Genève, le 20 janvier 2026

Madame Danielle Werthmüller
Cheffe de section
Division Etat hôte, Section des Affaires
juridiques et protocolaires
Mission permanente de la Suisse auprès de
l'Office des Nations Unies et des autres
organisations internationales à Genève
Rue de Varembé 9-11
CH-1211 Genève 20

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2:25-CU-895-WLH-BFN(x)

**Objet:** Demande d'entraide émanant du Tribunal fédéral de première instance du district central de Californie, Los Angeles, Etats-Unis d'Amérique ; Votre lettre Réf. 842-04-01-07 (UIT) – WD/TIF

Chère Madame,

Par la présente, j'accuse réception de votre lettre en date du 19 décembre 2025, et des annexes jointes, notifiant l'UIT de la demande d'entraide mentionnée ci-dessus. Cette réception a été effectuée sans préjudice des privilèges et immunités dont jouit l'Organisation.

Après examen attentif de la demande, et conformément à la pratique constante de l'Organisation dans des situations comparables, l'UIT n'est pas en mesure de donner suite à cette notification et aux mesures sollicitées, l'UIT étant tenu de préserver sa neutralité institutionnelle. A cet égard, je reproduis ci-dessous la Résolution 262 du Conseil de l'UIT, à laquelle le Secrétariat se réfère par analogie, qui sert notamment de référence lorsque l'Organisation est sollicitée dans le cadre de différends d'ordre privé, en ce qu'elle reflète cette position de neutralité.

Par ailleurs, les méthodes de travail et le cadre applicable aux droits de propriété intellectuelle (IPR) confirment que l'UIT n'est pas en mesure de se prononcer sur des questions telles que la preuve, la validité, la portée, ou l'applicabilité de droits de propriété intellectuelle allégués. À cet égard, la politique pertinente précise: « […] *L'UIT ne prend pas position en ce qui concerne l'existence, la validité ou l'applicabilité des droits de propriété intellectuelle, qu'ils soient revendiqués par un membre de l'UIT ou par un tiers étranger à la procédure d'élaboration des Recommandations* »[1].

Dans ce contexte, l'UIT n'est pas en mesure de fournir une appréciation technique ou juridique dans le cadre d'un litige privé, d'intervenir dans des négociations de licences (FRAND/RAND ou autres), ni de se prononcer sur des questions d'infraction.

---

[1] Para. 9.6.4, Résolution 1 – Règlement intérieur du Secteur de la normalisation des télécommunications de l'UIT, disponible en ligne sur https://www.itu.int/dms_pub/itu-t/opb/res/T-RES-T.1-2024-PDF-F.pdf

**Union internationale des télécommunications**
Place des Nations CH-1211 Genève 20, Suisse

T. +41 22 730 5111
www.itu.int   itumail@itu.int

Compte tenu de ce qui précède, j'ai l'honneur de vous informer que l'UIT ne peut donner effet à la notification transmise sous couvert de votre lettre du 19 décembre 2025. Conformément à votre demande, les documents annexés à ladite lettre vous sont remis en retour simultanément à la remise en mains propres de la présente.

À toutes fins utiles, et sans préjudice des privilèges et immunités de l'Organisation, nous souhaitons clarifier que toutes les informations relatives aux droits de propriété intellectuelle à l'UIT-T sont disponibles sur le site web de l'UIT (https://www.itu.int/en/itu-t/ipr/pages/default.aspx), y compris la base de données des déclarations de brevets relatives aux Recommandations de l'UIT-T.

Veuillez agréer, chère Madame, l'expression de ma considération distinguée.

Nikolaos Volanis
Conseiller juridique adjoint
Unité des affaires juridiques

PJ : mentionnées

**RÉSOLUTION 262 (C-1952, dernière mod. C-1984)**

**Réclamations émanant de Membres de l'Union et dirigées contre d'autres Membres de l'Union**

Le Conseil,

*considérant*

*a)*  que le Secrétaire général est sollicité de transmettre à tous les Membres de l'Union des réclamations formulées par certains Membres et ne visant qu'un nombre limité de Membres;

*b)*  que le Secrétaire général n'a pas qualité pour intervenir dans les différends susceptibles de s'élever entre Membres de l'Union;

*c)*  que la solution de ces différends relève de deux procédures:

a) tractations directes et amiables entre les Membres intéressés;

b) recours aux dispositions de l'article 50 de la Convention de Nairobi (1982),

*invite les Membres de l'Union* à s'abstenir de faire intervenir le Secrétaire général en vue de porter à la connaissance des autres Membres, soit par voie de Notification, soit par toute autre voie, l'objet de leur litige,

*charge le Secrétaire général* de rappeler aux Membres, auteurs de réclamations dirigées contre d'autres Membres, les termes de la présente Résolution et de les informer qu'en conséquence il ne peut donner aucune suite à leur réclamation.

*Ref.: Documents 1212/CA7 (1952), 4965/CA31 (1976), 6197/CA39 (1984)*

Affaire 2:25-cv-00895-WLH-BFM   Document 95   Déposé le 11/08/25   Page 1 sur 9
Page ID #:5672

# RECHTSHILFEERSUCHEN
# LETTER OF REQUEST
# COMMISSION ROGATOIRE

**Haager Übereinkommen vom 18. März 1970 über
die Beweisaufnahme im Ausland in Zivil- oder Handelssachen**
Hague Convention of 18 March 1970 on the
Taking of Evidence Abroad in Civil or Commercial Matters
*Convention de La Haye du 18 mars 1970 sur
l'obtention des preuves à l'étranger en matière civile ou commerciale*

| | | |
|---|---|---|
| 1. | **Absender** Sender *Expéditeur* | Ryan K. Yagura (ryagura@omm.com) O'Melveny & Myers LLP 400 South Hope Street, Suite 1900 Los Angeles, CA 90071, États-Unis |
| 2. | **Zentrale Behörde des ersuchten Staates** Central Authority of the Requested State *Autorité centrale de l'État requis* | Tribunal civil - Tribunal de première instance Rue de l'Athénée 6-8 Boîte postale 3736 1211 Genève 3 SUISSE |
| 3. | **Person an welche die Schriftstücke zurückzusenden sind, aus denen sich die Erledigung des Rechtshilfeersuchens ergibt,** Person to whom the executed request is to be returned *Personne à qui les pièces constatant l'exécution de la demande doivent être renvoyées* | Ryan K. Yagura (ryagura@omm.com) O'Melveny & Myers LLP 400 South Hope Street, Suite 1900 Los Angeles, CA 90071, États-Unis |
| 4. | **Zeitpunkt, bis zu welchem die ersuchende Behörde eine Antwort auf das Rechtshilfeersuchen erbittet** Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request *Indiquer la date limite à laquelle l'autorité requérante désire recevoir la réponse à la commission rogatoire* | |
| | **Datum** Date *Date limite* | Nous vous prions de bien vouloir donner suite à cette demande dès que possible et dans la mesure du possible. |
| | **Grund für die Dringlichkeit** Reason for urgency* *Raison de l'urgence* | S.O. |

**Der unterzeichnende Antragsteller beehrt sich, nach Artikel 3 des Übereinkommens das
folgende Ersuchen zu stellen:**
In conformity with Article 3 of the Convention, the undersigned applicant has the honour to submit
the following request:
*En conformité de l'article 3 de la Convention, le requérant soussigné a l'honneur de présenter la demande
suivante :*

| | | |
|---|---|---|
| 5. *a* | **Ersuchende Behörde (Art. 3 Buchstabe a)** Requesting authority (Art. 3(a)) *Autorité requérante (art. 3(a))* | Honorable Brianna Fuller Mircheff Juge magistrat Tribunal fédéral de première instance du district central de Californie Roybal Federal Building et tribunal fédéral américain 255 E. Temple Street |

Affaire 2:25-cv-00895-WLH-BFM     Document 95     Déposé le 11/08/25     Page 2 sur 9
Page ID #:5673

| | | |
|---|---|---|
| | | Los Angeles, Californie 90012, États-Unis<br><br>Courtroom 780, 7e étage |
| b | **An die zuständige Behörde von (Art. 3 Buchstabe a)**<br>To the Competent Authority of (Art. 3(a))<br>À l'Autorité compétente de (art. 3(a)) | Genève, Suisse |
| c | **Bezeichnung und Aktenzeichen der Rechtssache**<br>Names of the case and any identifying number<br>Nom de l'affaire et numéro d'identification de l'affaire | InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, InterDigital CE Patent Holdings, SAS c. The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc.,, Bamtech, LLC, Hulu, LLC et ESPN, Inc.<br><br>Affaire No. 2:25-cv-895-WLH-BFM |

| 6. | **Namen und Anschriften der Parteien und ihrer Vertreter (einschließlich der Vertreter im ersuchten Staat) (Art. 3 Buchstabe b)**<br>Names and addresses of the parties and their representatives (including representatives in the Requested State*) (Art. 3(b))<br>Identité et adresse des parties et de leurs représentants (y compris représentants dans l'État requis) (art. 3(b)) | |
|---|---|---|
| a | **Kläger/Antragsteller**<br>Plaintiff/claimant/applicant<br>Demandeur | InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS et InterDigital CE Patent Holdings, SAS |
| | **Vertreter***<br>Representatives*<br>Représentants* | Alan P. Block          (ablock@mckoolsmith.com)<br>McKool Smith, P.C.<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, Californie 90071, États-Unis<br><br>Richard Kamprath          (rkamprath@mckoolsmith.com)<br>Alexandra Easley          (aeasley@mckoolsmith.com)<br>McKool Smith, P. C.<br>300 Crescent Court, Suite 1200<br>Dallas, Texas 75201, États-Unis<br><br>Hannah Mirzoeff          (hmirzoeff@mckoolsmith.com)<br>McKool Smith, P.C.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, New York 10019 États-Unis<br><br>Joshua W. Budwin          (jbudwin@mckoolsmith.com)<br>McKool Smith, P.C. |

| | | 303 Colorado Street, Suite 2100 |
| | | Austin, Texas 78701, États-Unis |
| | | Kevin Burgess    (kburgess@mckoolsmith.com) |
| | | McKool Smith, P.C. |
| | | 104 East Houston Street, Suite 300 |
| | | Marshall, Texas 75670, États-Unis |
| | | Nancy Olson (SBN 260303)    (nolson@olsonstein.com) |
| | | David Stein (SBN 198256)    (dstein@olsonstein.com) |
| | | Olson Stein LLP |
| | | 240 Nice Lane, #301 |
| | | Newport Beach, CA 92663 États-Unis |
| b | **Beklagter/Antragsgegner** Defendant/respondent *Défendeur* | The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, et ESPN, Inc. |
| | **Vertreter\*** Representatives\* *Représentants\** | Ryan K. Yagura    (ryagura@omm.com) <br> Nicholas J. Whilt    (nwhilt@omm.com) <br> Xin-Yi (Vincent) Zhou    (vzhou@omm.com) <br> O' Melveny & Myers LLP <br> 400 South Hope Street, Suite 1900 <br> Los Angeles, CA 90071, États-Unis <br><br> Thierry Calame    (thierry.calame@lenzstaehelin.com) <br> Peter Ling    (peter.ling@lenzstaehelin.com) <br> LENZ & STAEHELIN <br> Route de Chêne 30 <br> CH-1211 Genève 6 <br> SUISSE |
| c | **Weitere Beteiligte\*** Other parties\* *Autres parties\** | S.O. |
| | **Vertreter\*** Representatives\* *Représentants\** | S.O. |

| 7.a | **Art und Gegenstand der Rechtssache (z.B. Ehescheidung, Abstammung, Vertragsverletzung, Produkthaftung) (Art.3 Buchstabe c)** Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Art. 3(c)) *Nature et objet de l'instance (divorce, filiation, rupture de* | Les Demandeurs ont fait valoir plusieurs revendications alléguant une violation de brevet impliquant une technologie de codage vidéo. |



République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, le 11 février 2026

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

**CR/30/2025 14 GEA XCR**

**R** ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ **A-PRIORITY**
**R P371 50083 3 CH**
Avis de
réception
**LA POSTE**
Please scan - Signature required
Veuillez scanner - Remise contre signature

US DISTRICT COURT FOR THE CENTRAL DISTRICT OF
CALIFORNIA. HONORABLE BRIANNA FULLER MIRCHEFF
Trib. Fédéral Distr. Californie
Royal Federal Building and US
Courthouse 255 E. Temple Street
Los Angeles Californie 90012
ÉTATS-UNIS

Réf : **CR/30/2025** 14 GEA XCR
à rappeler lors de toute communication

Madame, Monsieur,

Nous faisons suite à la commission rogatoire mentionnée sous rubrique.

Nous vous informons que l'UIT n'est pas en mesure de donner suite aux mesures sollicitées.

Nous clôturons la procédure qui concerne cette dernière.

Nous vous prions d'agréer, Madame, Monsieur, nos salutations distinguées.

Zineb EZZAKI SOLARO

Commise greffière

Annexe : courrier de la mission Suisse.

CIV_MEM_004
Recommandé accusé recept. A5

Tribunal de première instance - Tél : +41 22 327 66 30

ZSZ



