# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS, | Case No. 2:25-cv-895-WLH-BFM |
| Plaintiffs and Counterclaim-Defendants, | **ORDER GRANTING DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION FOR ISSUANCE OF RENEWED LETTER OF REQUEST PURSUANT TO HAGUE CONVENTION [ECF NO. 165]** |
| v. | |
| THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC., | |
| Defendants and Counterclaim-Plaintiffs. | |

On March 27, 2026, Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc. (collectively, "Defendants") filed an Unopposed *Ex Parte* Application for Issuance of Renewed Letter of Request, seeking evidence in the form of deposition testimony from a non-party located in Germany: Ingo Tobias Doser, a named inventor of the '268 Patent. The Letter of Request previously issued by this Court for Mr. Doser (Dkt. No. 93) was denied by the German court with regard to the requested deposition testimony on the basis that it is not permissible for the lawyer of one party to conduct the deposition examination of witnesses. This issue has been cured in Defendants' renewed Application, as the deposition examination is requested to be conducted by the German court.

Having reviewed Defendants' Unopposed Application, and good cause shown, the Court HEREBY GRANTS Defendants' Application. The Court will execute the submitted Request for International Judicial Assistance with an original signature, to which the clerk will affix an original seal. Defendants are ORDERED to convey the issued Letter Rogatory to the German authorities.

**IT IS SO ORDERED.**

Dated:  MARCH 31, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1