## RECHTSHILFEERSUCHEN
## LETTER OF REQUEST
## COMMISSION ROGATOIRE

**Haager Übereinkommen vom 18. März 1970 über
die Beweisaufnahme im Ausland in Zivil- oder Handelssachen**
Hague Convention of 18 March 1970 on the
Taking of Evidence Abroad in Civil or Commercial Matters
*Convention de La Haye du 18 mars 1970 sur
l'obtention des preuves à l'étranger en matière civile ou commerciale*

| | | |
|---|---|---|
| 1. | **Absender**<br>Sender<br>*Expéditeur* | Ryan K. Yagura   (ryagura@omm.com)<br>O'Melveny & Myers LLP<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071  USA |
| 2. | **Zentrale Behörde des ersuchten Staates**<br>Central Authority of the Requested State<br>*Autorité centrale de l'État requis* | Präsident des Amtsgerichts Freiburg<br>Holzmarkt 2<br>79098 Freiburg<br>GERMANY |
| 3. | **Person an welche die Schriftstücke zurückzusenden sind, aus denen sich die Erledigung des Rechtshilfeersuchens ergibt,**<br>Person to whom the executed request is to be returned<br>*Personne à qui les pièces constatant l'exécution de la demande doivent être renvoyées* | Ryan K. Yagura   (ryagura@omm.com)<br>O'Melveny & Myers LLP<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071  USA |
| 4. | **Zeitpunkt, bis zu welchem die ersuchende Behörde eine Antwort auf das Rechtshilfeersuchen erbittet**<br>Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request<br>*Indiquer la date limite à laquelle l'autorité requérante désire recevoir la réponse à la commission rogatoire* | |
| | **Datum**<br>Date<br>*Date limite* | It is respectfully asked that this request be executed as soon as practical and possible. |
| | **Grund für die Dringlichkeit**<br>Reason for urgency*<br>*Raison de l'urgence* | Discovery in this case closes on April 20, 2026. |

**Der unterzeichnende Antragsteller beehrt sich, nach Artikel 3 des Übereinkommens das folgende Ersuchen zu stellen:**
In conformity with Article 3 of the Convention, the undersigned applicant has the honour to submit the following request:
*En conformité de l'article 3 de la Convention, le requérant soussigné a l'honneur de présenter la demande suivante :*

| | | |
|---|---|---|
| 5. *a* | **Ersuchende Behörde (Art. 3 Buchstabe a)**<br>Requesting authority<br>(Art. 3(a))<br>*Autorité requérante*<br>*(art. 3(a))* | Honorable Brianna Fuller Mircheff<br>Magistrate Judge<br>U.S. District Court for the Central District of California<br>Roybal Federal Building and U.S. Courthouse<br>255 E. Temple Street<br>Los Angeles, California 90012 USA |

| | | |
|---|---|---|
| **b** | **An die zuständige Behörde von (Art. 3 Buchstabe a)**<br>To the Competent Authority of (Art. 3(a))<br>*À l'Autorité compétente de (art. 3(a))* | Courtoom 780, 7th Floor<br><br>Baden-Württemberg, Germany |
| **c** | **Bezeichnung und Aktenzeichen der Rechtssache**<br>Names of the case and any identifying number<br>*Nom de l'affaire et numéro d'identification de l'affaire* | InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, InterDigital CE Patent Holdings, SAS v. The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc.,, Bamtech, LLC, Hulu, LLC and ESPN, Inc.<br><br>Case No. 2:25-CV-00895-WLH-BFM |

| | | |
|---|---|---|
| **6.** | **Namen und Anschriften der Parteien und ihrer Vertreter (einschließlich der Vertreter im ersuchten Staat) (Art. 3 Buchstabe b)**<br>Names and addresses of the parties and their representatives (including representatives in the Requested State*) (Art. 3(b))<br>*Identité et adresse des parties et de leurs représentants (y compris représentants dans l'État requis) (art. 3(b))* | |
| **a** | **Kläger/Antragsteller**<br>Plaintiff/claimant/applicant<br>*Demandeur* | InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS |
| | **Vertreter***<br>Representatives*<br>*Représentants** | Alan P. Block          (ablock@mckoolsmith.com)<br>McKool Smith, P.C.<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, California 90071 USA<br><br>Richard Kamprath       (rkamprath@mckoolsmith.com)<br>Alexandra Easley       (aeasley@mckoolsmith.com)<br>McKool Smith, P.C.<br>300 Crescent Court, Suite 1200<br>Dallas, Texas 75201 USA<br><br>Hannah Mirzoeff        (hmirzoeff@mckoolsmith.com)<br>McKool Smith, P.C.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, New York 10019 USA<br><br>Joshua W. Budwin       (jbudwin@mckoolsmith.com)<br>McKool Smith, P.C.<br>303 Colorado Street, Suite 2100<br>Austin, Texas 78701 USA |

|   |   |   |
|---|---|---|
|   |   | Kevin Burgess             (kburgess@mckoolsmith.com) <br> McKool Smith, P.C. <br> 104 East Houston Street, Suite 300 <br> Marshall, Texas 75670 USA <br><br> Nancy Olson (SBN 260303)     (nolson@olsonstein.com) <br> David Stein (SBN 198256)       (dstein@olsonstein.com) <br> Olson Stein LLP <br> 240 Nice Lane, #301 <br> Newport Beach, CA 92663 USA |
| b | **Beklagter/Antragsgegner** <br> Defendant/respondent <br> *Défendeur* | The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc. |
|   | **Vertreter\*** <br> Representatives\* <br> *Représentants\** | Ryan K. Yagura          (ryagura@omm.com) <br> Nicholas J. Whilt        (nwhilt@omm.com) <br> Xin-Yi (Vincent) Zhou    (vzhou@omm.com) <br> O'Melveny & Myers LLP <br> 400 South Hope Street, Suite 1900 <br> Los Angeles, CA 90071 USA <br><br> Christian Lederer              (lederer@pentarc-legal.com) <br> Michael Schaechinger <br> (schaechinger@pentarc-legal.com) <br> Verena Brusius           (brusius@pentarc-legal.com) <br> Dr. Dietrich Kamlah      (kamlah@pentarc-legal.com) <br> PENTARC Rechtsanwalte PartG mbB <br> Karlsplatz 9 <br> 80335 Munich, GERMANY |
| c | **Weitere Beteiligte\*** <br> Other parties\* <br> *Autres parties\** | N/A |
|   | **Vertreter\*** <br> Representatives\* <br> *Représentants\** | N/A |
| 7. a | **Art und Gegenstand der Rechtssache (z.B. Ehescheidung, Abstammung, Vertragsverletzung, Produkthaftung) (Art.3 Buchstabe c)** <br> Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Art. 3(c)) <br> *Nature et objet de l'instance (divorce, filiation, rupture de contrat, responsabilité du fait des produits, etc.) (art. 3(c))* | Plaintiffs asserted multiple claims alleging patent infringement involving video coding technology. |

| | | |
|---|---|---|
| *b* | **Gedrängte Darstellung des Sachverhaltes** Summary of complaint *Exposé sommaire de la demande* | The complaint alleges that Defendants' streaming services (Disney+, Hulu, ESPN+) infringe various patents. |
| *c* | **Gedrängte Darstellung des Vorbringens des Antragsgegners / Beklagten und der Widerklage\*** Summary of defence and counterclaim\* *Exposé sommaire de la défense ou demande reconventionnelle\** | Defendants assert multiple defenses, including non-infringement and invalidity of Plaintiffs' asserted patents. Defendants also assert multiple counterclaims including breach of contract, promissory estoppel, and breach of duty of good faith, all of which are based on Defendants' allegations that the asserted patents are subject to reasonable and non-discriminatory (RAND) licensing obligations with which InterDigital did not comply. Defendants specifically allege, among other things, (1) the asserted patents were previously assigned to Thomson Licensing (a subsidiary of Technicolor); (2) Thomson Licensing was involved in developing the H.264 and H.265 video coding standards; (3) Thomson Licensing submitted certain declarations to the International Telecommunication Union ("ITU"), the International Organization for Standardization ("ISO"), and/or the International Electrotechnical Commission ("IEC"); (4) submission of these declarations created binding commitments to offer to license on RAND terms certain asserted patents; (5) that as the assignee of such asserted patents, Plaintiffs are bound by their predecessor's commitments; and (6) Plaintiffs breached contractual obligations and reneged on their promises by refusing to offer Defendants a license on RAND terms to such asserted patents prior to filing this suit. |
| *d* | **Weitere nützliche Angaben oder Schriftstücke\*** Other necessary information or documents\* *Autres renseignements ou documents Utiles\** | A copy of the case complaint is attached for reference as Attachment A, and its translation into German as Attachment B. A copy of Defendants' answer and counterclaims in the case is attached as Attachment C, and its translation into German as Attachment D. |
| 8. *a* | **Beweisaufnahme oder andere gerichtliche Handlung, die vorgenommen werden soll (Art. 3 Buchstabe d)** Evidence to be obtained or other judicial act to be performed (Art. 3(d)) | Indirect Evidence in the form of deposition testimony from Ingo Tobias Doser. |

| | | |
|---|---|---|
| | *Actes d'instruction ou autres actes judiciaires à accomplir (art. 3(d))* | |
| b | **Zweck der Beweisaufnahme oder anderen gerichtlichen Handlung, die erbeten wird** Purpose of the evidence or judicial act sought *But des actes d'instruction ou des autres actes judiciaires à accomplir* | The purpose for the requested deposition is to record testimony for trial in order to prove Defendants' defenses and counterclaims to the U.S. District Court.

Ingo Tobias Doser is a named inventor of one of Plaintiffs' asserted patents and is a former employee of a previous assignee of such asserted patent. Doser worked for Thomson and Technicolor, which had significant involvement in a transaction that transferred rights to the asserted patents to Plaintiffs. Doser has also been identified by Plaintiffs as having knowledge of the work and invention that led to the issuance of the asserted patent on which he is named. Because InterDigital is not in possession of much of this relevant information, Defendants must obtain information from the relevant individuals and entities themselves.

The evidence to be obtained consists of oral testimony relevant to the parties' claims and defenses, particularly those pertaining to the infringement, validity, and enforceability of the patent on which this individual is named as an inventor.

Doser resides in Germany, and the United States District Court has not been presented with any evidence that this individual is domiciled or otherwise subject to process in the United States. Thus, the United States District Court cannot directly compel this individual to provide the requested documents and testimony.

This Court therefore respectfully asks that the applicable judicial authority of Germany compel the appearance of Ingo Tobias Doser to testify under oath. |
| 9. | **Namen und Anschriften der zu vernehmenden Personen (Art. 3 Buchstabe e)\*** Identity and address of any person to be examined (Art. 3(e))\* *Identité et adresse des personnes à entendre (art. 3(e))\** | Ingo Tobias Doser

Lehenstrasse 21

78166

Donaueschingen, GERMANY

Alternative contact information:

Zeppelinstrasse

1/7, 78050

Villingen-Schwennigen, GERMANY |

| | | Ingo Tobias Doser is a citizen of Germany. |
|---|---|---|
| 10. | **Fragen, welche an die zu vernehmende(n) Person(en) gerichtet werden sollen, oder Angabe von Tatsachen, über die sie vernommen werden soll(en) (Art. 3 Buchstabe f)\*** Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Art. 3(f))\* *Questions à poser ou faits sur lesquels les personnes susvisées doivent être entendues (art. 3(f))\** | See attached list of questions to be posed to the witness at Attachment E (in English) and Attachment F (in German). |
| 11. | **Urkunden oder andere Gegenstände, die geprüft werden sollen (Art. 3 Buchstabe g)\*** Documents or other property to be inspected (Art. 3(g))\* *Documents ou objets à examiner (art. 3(g))\** | N/A |
| 12. | **Antrag, die Vernehmung unter Eid oder Bekräftigung durchzuführen, und ggf. die dabei zu verwendende Formel (Art. 3 Buchstabe h)\*** Any requirement that the evidence be given on oath or affirmation and any special form to be used (Art. 3(h))\* *Demande de recevoir la déposition sous serment ou avec affirmation et, le cas échéant, indication de la formule à utiliser (art. 3(h))\** | It is requested that all testimony be obtained under legal oath pursuant to the applicable rules of court of Germany. |
| 13. | **Antrag, eine besondere Form gemäß Artikel 9 einzuhalten (z.B. mündliche oder schriftliche Form, wörtliche Niederschrift, Protokoll oder Zusammenfassung, Kreuzverhör, usw.) (Art. 3 Buchstabe i)\*** Special methods or procedure to be followed (e.g., oral or in writing, verbatim transcript or summary, cross-examination, etc.) (Arts 3(i) and 9)\* *Formes spéciales demandées (déposition orale ou écrite, procès-verbal sommaire ou intégral, "cross-examination", etc.) (art. 3(i) et 9)\** | 1. It is requested that all testimony be reduced to written verbatim transcript and authenticated in accordance with applicable rules of the courts of Germany. 2. It is requested that should any portion of this request be denied, that the Defendants' representatives in Item 6(b) above be immediately notified of the associated rule(s) of the German court. 3. It is requested that the following interpreters be permitted to attend and provide interpreting services during the deposition: Susanne Hingerleitner ASSOCIATION INTERNATIONALE DES INTERPRETES DE CONFERENCE Katzbachstrabe 14 |

|  |  | 81476 Munchen<br>GERMANY<br>s.hinterleitner@aiic.net<br>4. It is requested that the following professional stenographer be permitted to be present and provide independent verbatim written transcripts of the deposition:<br>Petra Dischinger<br>Hopfengarten 8<br>55116 Mainz GERMANY<br>Alternative address:<br>Nestorastrabe 58<br>10711 Berlin GERMANY<br>p.dischinger@stenografieren.de |
| 14. | **Ersuchen um Benachrichtigung über Zeitpunkt und Ort der vorzunehmenden Handlung, sowie Namen und Anschriften der zu benachrichtigenden Personen (Art. 7)\***<br>Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Art. 7)\*<br>*Demande de notification de la date et du lieu de l'exécution de la requête, de l'identité et de l'adresse de la ou des personnes à informer (art. 7)\** | Ryan K. Yagura   (ryagura@omm.com)<br>O'Melveny & Myers LLP<br>400 South Hope Street, Suite 1900<br>Los Angeles, CA 90071  USA<br>Additionally, it is requested that all representatives listed in Items 6(a) and 6(b) be notififed of the date, time and place.<br>It is requested that, if necessary, attendance also be permitted at deposition via electronic transmission such as Zoom. If this is permitted, please notify the requesting counsel, and representatives in Item 6, of the date and time and any application details (Zoom or other platform). |
| 15. | **Ersuchen um Genehmigung der Anwesenheit von Mitgliedern der ersuchenden gerichtlichen Behörde bei der Erledigung des Ersuchens (Art. 8)\***<br>Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request<br>(Art. 8)\*<br>*Demande d'assistance ou de participation des magistrats de l'autorité requérante à l'exécution de la commission rogatoire (art. 8)\** | It is requested that all representatives identified in Item 6(b) above be provided any information relating to the execution of this Request. In addition, it is requested that any of the following attorneys with Defendants' counsel's office in item 6(b) above be permitted to attend:<br><br>Ryan Yagura                    Raj Paul<br>Nick Whilt                       Laura Burson<br>Vincent Zhou                 Sara Pahlavan<br>Miao Liu                          Abigail McFee<br>Shawnna Yashar             Mathis Brazeal |
| 16. | **Angaben zu einem Aussageverweigerungsrecht oder einem Aussageverbot der betroffenen Person nach dem Recht des ersuchenden** | The witnesses shall be given the privilege of refusing if giving such evidence would<br>(1) subject them to a real and appreciable danger of |

| | Staates (Art. 11 Buchstabe b)* Specification of privilege or duty to refuse to give evidence under the law of the Requesting State (Art. 11(b))* *Spécification des dispenses ou interdictions de déposer prévues par la loi de l'État requérant (art. 11(b))** | criminal liability in the United States or Germany (2) disclose a confidential and priviledged communication between them and their respective attorneys. A protective order in the underlying U.S. matter protects confidential information. |
|---|---|---|
| 17. | Die entstandenen Kosten, die nach Art. 14 Abs. 2 oder Art. 26 des Übereinkommens zu erstatten sind, werden bezahlt von:* The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by:* *Les taxes et frais donnant lieu à remboursement en vertu de l'article 14, alinéa 2 et de l'article 26 seront réglés par:** | O'Melveny & Myers LLP Ryan K. Yagura                (ryagura@omm.com) 400 South Hope Street, Suite 1900 Los Angeles, CA 90071  USA |

| **Datum des Ersuchens** Date of request *Date de la requête* | MARCH 31, 2026 |
|---|---|
| **Unterschrift und Stempel der ersuchenden Behörde** Signature and seal of the requesting authority *Signature et sceau de l'autorité requérante* | Hon. Brianna Fuller Mircheff United States Magistrate Judge  |

* *Soweit zutreffend/if applicable/le cas échéant*