



**MINISTÈRE
DE LA JUSTICE**

*Liberté*
*Égalité*
*Fraternité*

**Direction des affaires civiles
et du sceau**

FILED
CLERK, U.S. DISTRICT COURT

MAR 1 9 2026

CENTRAL DISTRICT OF CALIFORNIA
BY

Paris, on January 27, 2026

Honorable Brianna Fuller Mircheff
Magistrate Judge
U.S. District Court for the Central
District of California
Roybal Federal Building and U.S.
Courthouse
255 E. Temple Street
Los Angeles, California 90012 USA
Courtroom 780, 7th Floor
Etats Unis d'Amérique

DÉPARTEMENT DE L'ENTRAIDE, DU DROIT
INTERNATIONAL PRIVÉ ET EUROPÉEN

Case reference:
**DEDIPE/ 370OP2025**
✉entraide-civile-internationale@justice.gouv.fr
Tél. : +33 1 44 77 61 05

SUBJECT :     Transmission of an order relating to the letter rogatory issued pursuant to the Hague Convention of March 18, 1970, on the Taking of Evidence Abroad in Civil or Commercial Matters

CASE :     INTERDIGITAL c/ THE WALT DISNEY COMPANY

Y/RÉF :     Affaire No. 2:25-CV-00895-WLH-BFM

Dear Sir or Madam,

The Department of Mutual Assistance, Private International Law, and European Law is pleased to enclose herewith a partial dismissal order issued on January 22, 2026, by the Paris Court of Justice.

The French ministry of justice avails itself of this opportunity to renew the assurances of its highest consideration and its full co-operation.

Yours sincerely,

Fatiha BOUSARGHIN

DACS
13, place Vendôme – 75042 Paris Cedex 01
Téléphone : 01 44 77 61 05
www.justice.gouv.fr



**MINISTÈRE DE LA JUSTICE**
*Liberté
Égalité
Fraternité*

Cour d'appel de Paris

Tribunal judiciaire de Paris

Commissions rogatoires internationales
en matière civile et commerciale

5ᵉᵐᵉ DIVISION DU PARQUET DE PARIS

SECTION AC1

MONSIEUR ETIENNE LAGUARIGUE DE
SURVILLIERS, PREMIER VICE-PROCUREUR

Paris, le 23 janvier 2026

N° greffe : 25/82
**N° parquet : 25/30**
Réf. Dedipe : 370op2025
Commission rogatoire internationale civile en provenance du Tribunal fédéral de première instance du district central de Californie (États-Unis d'Amérique)

<u>Affaire</u> : INTERDIGITAL INC. ET AUTRES C/ THE WALT DISNEY COMPANY ET AUTRES

<u>Objet</u> : Transmission d'une décision

Monsieur le Premier vice-procureur,

J'ai l'honneur de vous transmettre pour information une copie de l'ordonnance de rejet partiel de la commission rogatoire susvisée, rendue le 22 janvier 2026 et notifiée ce jour au témoin.

Je vous prie de croire, Monsieur le Premier vice-procureur, en l'assurance de ma considération distinguée.

Le greffier
Laurence Bouvier

TJ de Paris - Greffe des CRI civiles
Parvis Robert Badinter 75859 Paris cedex 17
Tél : +33.1.44.32.52.17
cri.civil.tj-paris@justice.fr

TRIBUNAL
JUDICIAIRE
DE PARIS

COMMISSIONS ROGATOIRES EUROPÉENNES ET
INTERNATIONALES
EN MATIÈRE CIVILE ET COMMERCIALE

■

N° greffe : 25/82
N° parquet : 25/30
Réf. Dedipe : 370op2025

ORDONNANCE SUR COMMISSION ROGATOIRE

DEMANDE DE PRODUCTION DE DOCUMENTS

Technicolor Group
8/10 rue du Renard
75004 Paris

Nous, Quentin Siegrist, vice-président au tribunal judiciaire de Paris, commis par l'ordonnance de roulement en date du 28 août 2025 à effet au 1ᵉʳ septembre 2025 pour l'exécution de la mesure d'instruction sollicitée ;

Vu la Convention de La Haye du 18 mars 1970 relative à l'obtention des preuves à l'étranger en matière civile ou commerciale ;

Vu la réserve initiale émise par la République française conformément à l'article 23 de ladite Convention au terme de laquelle Elle refuse l'exécution des commissions rogatoires qui ont pour objet une procédure connue dans les États du common law sous le nom de « *pre-trial discovery of documents* », et vu la modification réalisée le 19 janvier 1987 au terme de laquelle « *La déclaration faite par la République française conformément à l'article 23 relatif aux commissions rogatoires qui ont pour objet la procédure de « pre-trial discovery of documents » ne s'applique pas lorsque les documents demandés sont limitativement énumérés dans la commission rogatoire et ont un lien direct et précis avec l'objet du litige* » ;

Vu les articles 735 et suivants du code de procédure civile français ;

Vu l'article 10 du code civil français qui dispose que « *chacun est tenu d'apporter son concours à la justice en vue de la manifestation de la vérité.*
*Celui qui, sans motif légitime, se soustrait à cette obligation lorsqu'il en a été légalement requis, peut être contraint d'y satisfaire, au besoin à peine d'astreinte ou d'amende civile, sans préjudice de dommages et intérêts* » ;

-1-

Vu la commission rogatoire internationale civile en date du 11 août 2025, reçue par l'autorité centrale française le 11 septembre 2025 et au greffe des CRI civiles du tribunal judiciaire de Paris le 18 novembre 2025, et émanant du Tribunal fédéral de première instance du district central de Californie (*U.S. District Court for the Central District of California*) (Etats-Unis d'Amérique) dans une affaire *INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS INC., INTERDIGITAL MADISON PATENT HOLDINGS SAS & INTERDIGITAL CE PATENT HOLDINGS SAS C/ THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION INC., BAM TECH LLC, HULU LLC & ESPN INC. (Affaire no. 2:25-CV-00895-WLH-BFM)* ;

Attendu qu'en application de la réserve précitée prise en application de l'article 23 de la Convention, il y a lieu de refuser l'exécution de la commission rogatoire internationale pour les énoncés :

-n°68 à 71, 73 à 76, 78 à 83 qui, s'ils comprennent formellement une liste de documents, s'avèrent, du fait de leur nombre très important et imprécis, correspondre en réalité à une demande de transmission de tout document que détient la société Technicolor en rapport avec l'une des deux normes en cause et l'un des quatre organismes de certification, ce qui, de surcroît sur une durée de 18 ans, ne respectent pas la réserve sus-énoncée ;

-n°72, 77, 84, 85, 86 et 87 qui ne visent pas à proprement parler des documents susceptibles d'être identifiés et transmis par la société Technicolor et qui, par conséquent, ne respectent pas plus la réserve sus-énoncée.

## PAR CES MOTIFS

**INVITONS** la société Technicolor Group, conformément à la demande formulée dans la commission rogatoire, à produire, pour la période du 1er janvier 2000 au 31 décembre 2018 :

« 1. Proposition de l'équipe vidéo conjointe (JVT) de l'ISO/CEI MPEG et de l'UIT-T VCEG intitulée « Pondération adaptative des images de référence à l'aide d'un index d'images de référence » de juillet 2002, rédigée par Jill Boyce (document JVT-D122) ;

2. Rapport de l'équipe vidéo conjointe (JVT) de l'ISO/CEI MPEG & UIT-T VCEG de la réunion Klagenfurt de juillet 2002 (document JVT-D001d0) ;

3. Déclaration relative aux brevets et déclaration de licence soumise par Technicolor le 19 juin 2014 ;

4. Déclaration relative aux brevets et déclaration de licence soumise par Technicolor le 18 décembre 2012 ;

-2-

5. Déclaration relative aux brevets et déclaration de licence soumise par Technicolor le 7 juin 2016 ;

6. Déclaration relative aux brevets et déclaration de licence soumises par Technicolor le 5 février 2017 ;

7. **Contrat de cession de brevet entre Thomson Licensing SAS ou une entité Technicolor et InterDigital Inc. (« InterDigital ») concernant le brevet américain n° 8 406 301 ;**

8. Contrat de cession de brevet entre Technicolor et InterDigital concernant le brevet américain n° 10 805 610 ;

9. Contrat de cession de brevet entre Technicolor et InterDigital concernant le brevet américain n° 11 381 818 ;

10. Contrat de cession de brevet entre Technicolor et InterDigital concernant le brevet américain n° 9 185 268 ;

11. Contrat de cession de brevet entre Technicolor et InterDigital concernant le brevet américain n° 8 085 297 ;

12. Accords entre Technicolor et les inventeurs désignés du brevet américain n° 8 085 297 ;

13. Accords entre Technicolor et les inventeurs désignés du brevet américain n° 10 805 610 ;

14. Accords entre Technicolor et les inventeurs désignés du brevet américain n° 11 381 818 ;

15. Accords entre Technicolor et les inventeurs désignés du brevet américain n° 9 185 268 ;

16. Accords entre Technicolor et les inventeurs désignés du brevet américain n° 8 085 297 ;

17. Cession du ou transferts de droits de propriété sur le brevet américain n° 8 406 301 ;

18. Cession du ou transferts de droits de propriété sur le brevet américain n° 10 805 610 ;

19. Cession du ou transferts de droits de propriété sur le brevet américain n° 11 381 818 ;

20. Cession du ou transferts de droits de propriété sur le brevet américain n° 9 185 268 ;

21. Cession du ou transferts de droits de propriété sur le brevet américain n° 8 085 297 ;

22. Projets et versions signées par Technicolor de déclarations à l'Union internationale des télécommunications (« UIT ») concernant la norme de codage vidéo H.264 (« norme H.264 ») identifiant le brevet américain n° 8 406 301 ;

23. Projets et versions signées par Technicolor de déclarations à l'Union internationale des télécommunications, Section de normalisation des télécommunications (« UIT-T ») concernant la norme H.264 identifiant le brevet américain n° 8 406 301 ;

24. Projets et versions signées par Technicolor de déclarations à l'Organisation internationale de normalisation (« ISO ») concernant la norme H.264 identifiant le brevet américain n° 8 406 301 ;

25. Projets et versions signées par Technicolor de déclarations à l'intention de la Commission électrotechnique internationale (« CEI ») concernant la norme H.264 identifiant le brevet américain n° 8 406 301 ;

26. Projets et versions signées par Technicolor de déclarations à l'UIT concernant la norme H.264 identifiant le brevet américain n° 10 805 610 ;

27. Projets et versions signées par Technicolor de déclarations à l'UIT-T concernant la norme H.265 identifiant le brevet américain n° 10 805 610 ;

28. Projets et versions signées par Technicolor de déclarations à l'ISO concernant la norme H.264 identifiant le brevet américain n° 10 805 610 ;

29. Projets et versions signées par Technicolor de déclarations à la CEI concernant la norme H.264 identifiant le brevet américain n° 10 805 610 ;

30. Projets et versions signées par Technicolor de déclarations à l'UIT concernant la norme H.264 identifiant le brevet américain n° 11 381 818 ;

31. Projets et versions signées par Technicolor de déclarations à l'UIT-T concernant la norme H.264 identifiant le brevet américain n° 11 381 818 ;

32. Projets et versions signées par Technicolor de déclarations à l'ISO concernant la norme H.264 identifiant le brevet américain n° 11 381 818 ;

33. Projets et versions signées par Technicolor de déclarations à la CEI concernant la norme H.264 identifiant le brevet américain n° 11 381 818 ;

34. Projets et versions signées par Technicolor de déclarations à l'UIT concernant la norme H.264 identifiant le brevet américain n° 9 185 268 ;

35. Projets et versions signées par Technicolor de déclarations à l'UIT-T concernant la norme H.264 identifiant le brevet américain n° 9 185 268 ;

36. Projets et versions signées par Technicolor de déclarations à l'ISO concernant la norme H.264 identifiant le brevet américain n° 9 185 268 ;

37. Projets et versions signées par Technicolor de déclarations à la CEI concernant la norme H.264 identifiant le brevet américain n° 9 185 268 ;

38. Projets et versions signées par Technicolor de déclarations à l'UIT concernant la norme H.264 identifiant le brevet américain n° 8 085 297 ;

39. Projets et versions signées par Technicolor de déclarations à l'UIT-T concernant la norme H.264 identifiant le brevet américain n° 8 085 297 ;

40. Projets et versions signées par Technicolor de déclarations à l'ISO concernant la norme H.264 identifiant le brevet américain n° 8 085 297 ;

41. Projets et versions signées par Technicolor de déclarations à la CEI concernant la norme H.264 identifiant le brevet américain n° 8 085 297 ;

42. Projets et versions signées par Technicolor de déclarations à l'UIT concernant la norme de codage vidéo H.265 (« norme H.265 ») identifiant le brevet américain n° 8 406 301 ;

43. Projets et versions signées par Technicolor de déclarations à l'UIT-T concernant la norme H.265 identifiant le brevet américain n° 8 406 301 ;

44. Projets et versions signées par Technicolor de déclarations à l'ISO concernant la norme H.265 identifiant le brevet américain n° 8 406 301 ;

45. Projets et versions signées par Technicolor de déclarations à la CEI concernant la norme H.265 identifiant le brevet américain n° 8 406 301 ;

46. Projets et versions signées par Technicolor de déclarations à l'UIT concernant la norme H.265 identifiant le brevet américain n° 10 805 610 ;

47. Projets et versions signées par Technicolor de déclarations à l'UIT-T concernant la norme H.265 identifiant le brevet américain n° 10 805 610 ;

48. Projets et versions signées par Technicolor de déclarations à l'ISO concernant la norme H.265 identifiant le brevet américain n° 10 805 610 ;

49. Projets et versions signées par Technicolor de déclarations à la CEI concernant la norme H.265 identifiant le brevet américain n° 10 805 610 ;

50. Projets et versions signées par Technicolor de déclarations à l'UIT concernant la norme H.265 identifiant le brevet américain n° 11 381 818 ;

51. Projets et versions signées par Technicolor de déclarations à l'UIT-T concernant la norme H.265 identifiant le brevet américain n° 11 381 818 ;

52. Projets et versions signées par Technicolor de déclarations à l'ISO concernant la norme H.265 identifiant le brevet américain n° 11 381 818 ;

53. Projets et versions signées par Technicolor de déclarations à la CEI concernant la norme H.265 identifiant le brevet américain n° 11 381 818 ;

54. Projets et versions signées par Technicolor de déclarations à l'UIT concernant la norme H.265 identifiant le brevet américain n° 9 185 268 ;

55. Projets et versions signées par Technicolor de déclarations à l'UIT-T concernant la norme H.265 identifiant le brevet américain n° 9 185 268 ;

56. Projets et versions signées par Technicolor de déclarations à l'ISO concernant la norme H.265 identifiant le brevet américain n° 9 185 268 ;

57. Projets et versions signées par Technicolor de déclarations à la CEI concernant la norme H.265 identifiant le brevet américain n° 9 185 268 ;

58. Projets et versions signées par Technicolor de déclarations à l'UIT concernant la norme H.265 identifiant le brevet américain n° 8 085 297 ;

59. Projets et versions signées par Technicolor de déclarations à l'UIT-T concernant la norme H.265 identifiant le brevet américain n° 8 085 297 ;

60. Projets et versions signées par Technicolor de déclarations à l'ISO concernant la norme H.265 identifiant le brevet américain n° 8 085 297 ;

61. Projets et versions signées par Technicolor de déclarations à la CEI concernant la norme H.265 identifiant le brevet américain n° 8 085 297 ;

62. Demandes de renseignements et discussions écrites, imprimées, enregistrées et électroniques, réponses à des demandes de renseignements, présentations, négociations, accords, procès-verbaux de réunions, commentaires, entretiens, lettres, courriels, notes, graphiques, diagrammes, feuilles de calcul et rapports d'essai entre Technicolor et l'UIT concernant la norme H.264 ;

63. Demandes de renseignements et discussions écrites, imprimées, enregistrées et électroniques, réponses à des demandes de renseignements, présentations, négociations, accords, procès-verbaux de réunions, commentaires, entretiens, lettres, courriels, notes, graphiques, diagrammes, feuilles de calcul et rapports d'essai entre Technicolor et l'ISO concernant la norme H.264 ;

64. Demandes de renseignements et discussions écrites, imprimées, enregistrées et électroniques, réponses à des demandes de renseignements, présentations, négociations, accords, procès-verbaux de réunions, commentaires, entretiens, lettres, courriels, notes, graphiques, diagrammes, feuilles de calcul et rapports d'essai entre Technicolor et la CEI concernant la norme H.264 ;

65. Demandes de renseignements et discussions écrites, imprimées, enregistrées et électroniques, réponses à des demandes de renseignements, présentations, négociations, accords, procès-verbaux de réunions, commentaires, entretiens, lettres, courriels, notes, graphiques, diagrammes, feuilles de calcul et rapports d'essai entre Technicolor et l'UIT concernant la norme H.265 ;

-7-

66. Demandes et discussions écrites, imprimées, enregistrées et électroniques, réponses aux demandes, présentations, négociations, accords, comptes rendus de réunion, commentaires, entretiens, lettres, courriels, notes, graphiques, diagrammes, feuilles de calcul et rapports d'essai entre Technicolor et l'ISO concernant la norme H.265 ;

67. Demandes de renseignements et discussions écrites, imprimées, enregistrées et électroniques, réponses aux demandes de renseignements, présentations, négociations, accords, procès-verbaux de réunions, commentaires, entretiens, lettres, courriels, notes, graphiques, diagrammes, feuilles de calcul et rapports d'essai entre Technicolor et la CEI concernant la norme H.265 ;

DISONS QUE ces documents devront être remis ou transmis sous forme dématérialisée sur un périphérique de stockage externe, en trois exemplaires, au tribunal judiciaire de Paris, greffe des commissions rogatoires internationales civiles (Parvis Robert Badinter 75859 Paris Cedex 17), au plus tard le 11 mars 2026.

À Paris, le 22 janvier 2026

Quentin Siegrist
Vice-président



Copie certifiée conforme à la minute
Le greffier

Ordonnance      - notifiée en LRAR à Technicolor Group, la Selafa Asteren prise en la personne de Maître Julia Roth et la Selafa MJA prise en la personne de Maître Valérie Leloup-Thomas, en qualité de liquidateurs judiciaires de la Sasu Technicolor Group le   2 3 JAN. 2026
- transmise au parquet civil, à la juridiction requérante et au conseil du demandeur à la commission rogatoire le   2 3 JAN. 2026

Le greffier

-8-

