RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
NICHOLAS J. WHILT (S.B. #247738)
nwhilt@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone:   213-430-6000
Facsimile:   213-430-6407

*Attorneys for Defendants The Walt
Disney Company, Disney Media and
Entertainment Distribution LLC,
Disney DTC LLC, Disney Streaming
Services LLC, Disney Entertainment
& Sports LLC, Disney Platform
Distribution, Inc., BAMTech LLC,
Hulu, LLC, and ESPN, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS,<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC.,<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. 2:25-cv-895-WLH-BFM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(C)**<br><br>Judge: Hon. Wesley L. Hsu<br>Magistrate: Hon. Brianna F. Mircheff<br><br>Date:      May 22, 2026<br>Time:      1:30 p.m.<br>Crtrm.:   9B |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on May 22, 2026, at 1:30 PM, or as soon thereafter as the matter may be heard, in Courtroom 9B, 9th Floor, Los Angeles, California 90012, Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc. (collectively, "Defendants"), will and hereby does move this Court for an order granting judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) and dismissing with prejudice all claims asserted by InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS (collectively, "InterDigital") in their Complaint relating to U.S. Patent Nos. 8,406,301; 9,185,268; and 11,381,818.

Defendants bring this motion under Federal Rule of Civil Procedure 12(c) on the ground that the asserted claims of the '301, '818, and '268 Patents are directed only to abstract ideas and are thus not patent-eligible under 35 U.S.C. § 101. Specifically, the '301 and '268 Patents are directed to the abstract idea of mathematical operations applied in the context of video encoding, and the '268 Patent is directed to the abstract idea of conversion of data from one format to another for different types of displays. Nothing in the asserted claims provides an inventive concept sufficient to transform these abstract ideas into patent eligible subject matter. Thus, Defendants respectfully move for judgment on the pleadings that these asserted claims are not patent eligible.

Defendants' Motion is based upon this Notice and Motion, the accompanying Memorandum of Points and Authorities, the pleadings and records on file in this action, any matters of which the Court may take judicial notice, and such further evidence and argument as may be presented to the Court at or before the hearing.

- 1 -

Pursuant to Local Rule 7-3, Defendants bring this Motion following a conference of counsel held on April 3, 2026.  Counsel for InterDigital indicated it opposed this Motion.

DATED: April 23, 2026                    Respectfully submitted,

                                         By:    /s/ Ryan K. Yagura
                                                Ryan K. Yagura

                                         RYAN K. YAGURA
                                         NICHOLAS J. WHILT
                                         XIN-YI ZHOU
                                         O'MELVENY & MYERS LLP

                                         *Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*