Richard Kamprath (admitted *pro hac vice*)
rkamprath@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Phone: 214.978.4000

David M. Stein (SBN 198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Additional Counsel in signature block
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES**

| | |
|---|---|
| INTERDIGITAL INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00895-WLH-BFM<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF CLAIM CONSTRUCTION ORDER AND DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Current Hearing Date: May 22, 2026<br>Requested Hearing Date: June 26, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Wesley L. Hsu<br>Courtroom: 9B |

-1-

Plaintiffs InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS (collectively, "InterDigital" or "Plaintiffs"), and Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc. (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

1.  Two motions are currently scheduled for hearing on May 22, 2026, at 1:30 p.m. before the Honorable Wesley L. Hsu: Plaintiffs' Motion for Reconsideration of the Court's Claim Construction Order (ECF 174), filed April 22, 2026, and Defendants' Motion for Judgment on the Pleadings (ECF 175), filed April 23, 2026.

2.  The Parties respectfully request that the hearing dates for both motions be continued from May 22, 2026 to June 26, 2026, at 1:30 p.m., or such other date and time as the Court may deem appropriate. The parties request this adjustment in the hearing dates to accommodate scheduling conflicts. This is the next open hearing date because the Court is dark on May 29, there is an attorney conflict with June 5, June 12 is a closed hearing date, and June 19 is a federal holiday.

3.  This is the first request to continue the hearing on these motions. The requested continuance is sought by mutual agreement and will not affect any other deadlines, dates, or proceedings in this action.

Accordingly, the Parties respectfully request that the Court enter the [Proposed] Order concurrently filed with this Joint Stipulation.

**IT IS SO STIPULATED.**

-2-

STIP TO CONTINUE MOTION HEARINGS                    Case No. 2:25-cv-00895-WLH-ADS

Dated: April 30, 2026

Respectfully submitted,

By:    */s/ David M. Stein*                    By:    */s/ Ryan K. Yagura*

David M. Stein (SBN 198256)            Ryan K. Yagura (S.B. #197619)
dstein@olsonstein.com                  ryagura@omm.com
Nancy M. Olson (SBN 260303)            Nicholas J. Whilt (S.B. #247738)
nolson@olsonstein.com                  nwhilt@omm.com
**OLSON STEIN LLP**                    Xin-Yi Zhou (S.B. #251969)
240 Nice Lane #301                     vzhou@omm.com
Newport Beach, CA 92663                **O'MELVENY & MYERS LLP**
Phone: 949.887.4600                    400 South Hope Street, Suite 1900
                                       Los Angeles, CA 90071
Alan P. Block (CA Bar No. 143783)      Telephone:  213-430-6000
ablock@mckoolsmith.com                 Facsimile:   213-430-6407
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Ste. 2900      *Attorneys for Defendants The Walt*
Los Angeles, CA 90071                  *Disney Company, Disney Media*
Telephone: (213) 694-1200              *and Entertainment Distribution*
                                       *LLC, Disney DTC LLC, Disney*
Richard Kamprath (*admitted pro hac vice*)   *Streaming Services LLC, Disney*
rkamprath@mckoolsmith.com              *Entertainment & Sports LLC,*
Alexandra Easley *(admitted pro hac vice)*   *Disney Platform Distribution, Inc.,*
aeasley@mckoolsmith.com                *BAMTech LLC, Hulu, LLC, and*
R. Arden Seavers *(admitted pro hac vice)*   *ESPN, Inc.*
aseavers@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000

Joshua W. Budwin *(admitted pro hac vice)*
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700

-3-

Kevin Burgess *(admitted pro hac vice)*
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Ste. 300
Marshall, TX 75670
Telephone: (903) 923-9000

Hannah Mirzoeff *(admitted pro hac vice)*
hmirzoeff@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400

*Attorneys for Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS*

-4-

# L.R. 5-4.3.4 ATTESTATION

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: April 30, 2026

By: */s/ David M. Stein*
David M. Stein

STIP TO CONTINUE MOTION HEARINGS                                    Case No. 2:25-cv-00895-WLH-ADS