RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
NICHOLAS J. WHILT (S.B. #247738)
nwhilt@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone:   213-430-6000
Facsimile:   213-430-6407

*Attorneys for Defendants The Walt Disney
Company, Disney Media and Entertainment
Distribution LLC, Disney DTC LLC, Disney
Streaming Services LLC, Disney Entertainment &
Sports LLC, Disney Platform Distribution, Inc.,
BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | Case No. 2:25-cv-895-WLH-BFM <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY PENDING RESOLUTION OF RELATED PROCEEDINGS** <br><br> Judge: Hon. Wesley L. Hsu <br> Magistrate: Hon. Brianna F. Mircheff <br><br> Date: June 5, 2026 <br> Time: 1:30 PM <br> Crtrm.: 9B |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 5, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 9B of the above-entitled Court, in the United States District Court, Central District of California, located at the First Street U.S. Courthouse, Los Angeles, Courtroom 9B, before the Honorable Wesley L. Hsu, Defendants and Counterclaim-Plaintiffs will, and hereby does, move the Court for an Order staying this case. Defendants move to stay this action pending: (1) the resolution of the case captioned: Dolby Laboratories, Inc. et al. v. InterDigital, Inc. et al., No. 2:26-cv-02269-WLH-BFM (C.D. Cal.) (the "Dolby Action") and (2) the resolution of *ex parte* reexamination ("EPR") requests filed as to U.S. Patent Nos. 11,381,818 (the "'818 patent") and 8,406,301 (the "'301 patent").

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Declaration of Laura Burson, the complete files and records of this action, all other matters of which this Court may properly take judicial notice, and upon such further evidence and argument that may be properly presented before or at the time of the hearing on this Motion.  The parties met and conferred on March 9 and April 24, 2026, and Plaintiffs indicated that they oppose this motion.

DATED: May 1 , 2026

Respectfully submitted,

By:    */s/ Ryan K. Yagura*
          Ryan K. Yagura

RYAN K. YAGURA
NICHOLAS J. WHILT
XIN-YI ZHOU
O'MELVENY & MYERS LLP

*Attorneys for Defendants The Walt Disney Company, Disney*

2

*Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

3