UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INTERDIGITAL INC., et al.,

                Plaintiffs,

    v.

THE WALT DISNEY COMPANY, et al.

                Defendants.

Case No. 2:25-cv-00895-WLH-BFM

**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF CLAIM CONSTRUCTION ORDER AND DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [176]**

The Court, having considered the parties' Joint Stipulation (Dkt. No. 176) and finding good cause therefor, hereby **GRANTS** the Stipulation and **ORDERS** as follows

1. The hearing on Plaintiffs' Motion for Reconsideration of the Court's Claim Construction Order (Dkt. No. 174) and Defendants' Motion for Judgment on the Pleadings (Dkt. No. 175) is **CONTINUED** from May 22, 2026, to June 26, 2026, at 1:30 p.m.; and

2. All other deadlines, dates, and proceedings in this action remain unchanged.

Dated: May 7, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

-1-