UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | 2:25-cv-00895-WLH-BFM | **Date** | June 5, 2026 |
| **Title** | InterDigital, Inc., et al, v. The Walt Disney Company, et al. | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Richard A. Kamprath<br>Nancy M Olson<br>David M. Stein | Laura M. Burson<br>Ryan Ken Yagura |

**Proceedings:**  DEFENDANT'S MOTION TO STAY CASE PENDING RESOLUTION OF
RELATED PROCEEDINGS [177]

The matter is called, and counsel state their appearances. The Court's Tentative Ruling was issued on June 4, 2026, and reviewed by counsel. The Court hears oral argument. The matter is taken **UNDER SUBMISSION**, and a ruling will be issued. The Court orders the stay to be entered. Pursuant to Local Rule 83-6.6, photographing or recording any part of these proceedings, including any appearance made by telephone or videoconference, is prohibited.

|  | : | 24 |
|---|---|---|
| Initials of Deputy Clerk | cgm | |