Richard A. Kamprath (admitted pro hac vice)
rkamprath@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 978-4000

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433
*Additional Counsel listed in signature block
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION LOS ANGELES

| | |
|---|---|
| INTERDIGITAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*<br><br>Defendants. | Case No. 2:25-cv-00895-WLH-BFM<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Wesley L. Hsu |

Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS (collectively, "InterDigital") hereby submit this Notice of Supplemental Authority to provide the new Supreme Court authority referenced at the June 5, 2026 hearing when discussing the differences between indirect and direct infringement: *Hikma Pharms. USA Inc. v. Amarin Pharma, Inc.,* No. 24-889, 608 U.S. ___ (June 4, 2026). *See* Judge Hsu's Standing Order re Civil Matters § G(5)(a).

A true and correct copy of this decision is attached to this notice as Exhibit 1.

Dated: June 8, 2026

Respectfully submitted,

*/s/ Nancy M. Olson*
Nancy M. Olson (CA SBN 260303)
David M. Stein (CA SBN 198256)
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Telephone: 310.916.7433

Alan P. Block (SBN 143783)
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.694.1200

Richard A. Kamprath (admitted *pro hac vice*)
rkamprath@mckoolsmith.com
R. Arden Seavers (admitted *pro hac vice*)
aseavers@mckoolsmith.com
Joseph Micheli (admitted *pro hac vice*)
jmicheli@mckoolsmith.com
Samuel Moore (admitted *pro hac vice*)
smoore@mckoolsmith.com

-2-

Daniel Iliasevitch (admitted *pro hac vice*)
diliasevitch@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: 214.978.4000

Hannah Mirzoeff (admitted *pro hac vice*)
hmirzoeff@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas,
32nd Floor
New York, NY 10019
Telephone: 212.402.9400

Joshua W. Budwin (admitted *pro hac vice*)
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700

Kevin Burgess (admitted *pro hac vice*)
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000

*Attorneys for Plaintiff*

-3-