David M. Stein (SBN 198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433

Richard Kamprath (admitted *pro hac vice*)
rkamprath@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Phone: 214.978.4000

*Additional Counsel in signature block
Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION LOS ANGELES

| | |
|---|---|
| INTERDIGITAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*<br><br>Defendants. | Case No. 2:25-cv-00895-WLH-BFM<br><br>**[DISCOVERY MATTER]**<br><br>**JOINT STATUS REPORT REGARDING STAY**<br><br>Judge: Hon. Wesley L. Hsu<br>Magistrate Judge: Hon. Brianna F. Mircheff |

Plaintiffs InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS (collectively, "InterDigital"), and Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc. (collectively, "Disney"), by and through their undersigned counsel of record, submit this Joint Status Report in response to the Court's Scheduling Notice (ECF No. 205).

In the Scheduling Notice, the Court ordered that, "[w]ithin two business days of any order adjudicating the Motion to Stay, the parties shall file a joint status report explaining their joint or respective positions on how the Court should proceed with the discovery motion." *Id.*

On June 11, 2026, the Court issued an Order granting Disney's Motion to Stay, with the exception of hearing InterDigital's pending Motion for Reconsideration concerning the Claim Construction Order. ECF No. 213 ("Stay Order"). The Court also ordered the parties to file a Joint Status Report within 60 days of the Stay Order. *Id.* at 13-14.

In view of the Stay Order, the parties agree that the stay applies to the discovery motion and no action is needed by the Court at this time. If there are any further developments in this case or the related *Dolby* action (No. 2:26-cv-02269-WLH-BFM) that would change this view, the parties will promptly notify the Court of their joint or respective positions on how the Court should proceed with the discovery motion.

Dated: June 15, 2026

Respectfully submitted,


By:    */s/ David M. Stein*

David M. Stein (SBN 198256)
dstein@olsonstein.com
Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

Alan P. Block (CA Bar No. 143783)
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Ste. 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Richard Kamprath (*admitted pro hac vice*)
rkamprath@mckoolsmith.com
R. Arden Seavers (*admitted pro hac vice*)
aseavers@mckoolsmith.com
Joseph Micheli (*admitted pro hac vice*)
jmicheli@mckoolsmith.com
Samuel Moore (*admitted pro hac vice*)
smoore@mckoolsmith.com
Daniel Iliasevitch (*admitted pro hac vice*)
diliasevitch@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Joshua W. Budwin (*admitted pro hac vice*)
jbudwin@mckoolsmith.com

By:    */s/ Ryan K. Yagura*

Ryan K. Yagura (S.B. #197619)
ryagura@omm.com
Nicholas J. Whilt (S.B. #247738)
nwhilt@omm.com
Xin-Yi Zhou (S.B. #251969)
vzhou@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone:  213-430-6000
Facsimile:   213-430-6407

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

-3-

George Fishback, Jr. *(admitted pro hac vice)*
gfishback@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Kevin Burgess *(admitted pro hac vice)*
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Ste. 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Hannah Mirzoeff *(admitted pro hac vice)*
hmirzoeff@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

*Attorneys for Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS*

-4-

## **L.R. 5-4.3.4 ATTESTATION**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: June 15, 2026

By: */s/ David M. Stein*
David M. Stein