UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERDIGITAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00895-WLH-BFM<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STAY PENDING RESOLUTION OF RELATED PROCEEDINGS [193]** |

On May 22, 2026, Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc. (collectively, "Defendants") filed an Application for Leave to File Under Seal ("Application") certain documents in support of Defendants' Reply in Support of Motion to Stay Pending Resolution of Related Proceedings ("Reply") against Plaintiffs InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS ("InterDigital").

The Court, having reviewed Defendants' Application, and finding compelling reasons therefor, hereby **GRANTS** the Application to Seal and **ORDERS** the documents may be filed under seal as follows:

| **Document** | **Portions of Lines To Be Filed Under Seal** |
| --- | --- |
| Reply in Support of Motion to Stay Pending Resolution of Related Proceedings, Ex. K | <ul><li>Pages 73-76<ul><li>Portions of lines</li></ul></li><li>Page 78<ul><li>Portions of lines</li></ul></li><li>Pages 81-84<ul><li>Portions of lines</li></ul></li><li>Pages 96-106<ul><li>Portions of lines</li></ul></li></ul> |

**IT IS SO ORDERED.**

Dated: June 15, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE