4

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

INTERDIGITAL, INC., *et al.*,

　　　　　　　Plaintiffs,

　　v.

THE WALT DISNEY COMPANY, *et al.*,

　　　　　　　Defendants.

Case No. 2:25-cv-00895-WLH-BFM

**ORDER GRANTING APPLICATION TO SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF RELATED PROCEEDINGS [184]**

On May 15, 2026, Plaintiffs filed an Application to Seal portions of their Opposition to Defendants' Motion to Stay Pending Resolution of Related Proceedings and portions of Exhibit 1, which contain confidential, non-public information designated by Defendants.

The Court, having considered Plaintiffs' Application and Defendants' supporting declaration, and finding compelling reasons therefor, hereby **GRANTS** the Application to Seal and **ORDERS** the documents may be filed under seal as follows:

| **Document** | **Portions of Lines To Be Filed Under Seal** |
|---|---|
| Opposition to Defendants' Motion to Stay Pending Resolution of Related Proceedings | <ul><li>Page 1<ul><li>Line 27</li></ul></li><li>Page 10<ul><li>Lines 12-16</li></ul></li></ul> |
| Opposition to Defendants' Motion to Stay Pending Resolution of Related Proceedings, Ex. 1 | <ul><li>Page 3<ul><li>n.2</li></ul></li><li>Pages 5-7<ul><li>Portions of lines and images</li></ul></li><li>Page 9<ul><li>Portions of lines and images</li></ul></li><li>Pages 11-15<ul><li>Portions of lines and images</li></ul></li></ul> |

**IT IS SO ORDERED.**

Dated: June 15, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE