UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:**   2:25-cv-00895-WLH-BFM                **Date:**   June 16, 2026

**Title*:***   *InterDigital, Inc., et al. v. The Walt Disney Co., et al.*

==================================================================

Present:  The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:     (In Chambers) Order on Motion to Compel (ECF 182)**

In light of the District Judge's order staying the case (ECF 213) and the parties' subsequent status report (ECF 215), the Motion to Compel (ECF 182) is **denied** without prejudice. If the discovery dispute at issue in the Motion becomes relevant at a later stage in the case, Plaintiff may notify the Court, and the Court will recalendar the Motion for decision.

**IT IS SO ORDERED.**

Initials of Preparer:      ch