UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INTERDIGITAL, INC., *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>              Defendants. | Case No. 2:25-cv-00895-WLH-BFM<br><br>**ORDER GRANTING APPLICATION TO SEAL PORTIONS OF REPLY IN SUPPORT OF MOTION TO COMPEL** |

On May 26, 2026, Plaintiffs filed an Application to Seal Portions of their Reply in Support of their Motion to Compel and certain supporting exhibits, which contain confidential, non-public information designated by Defendants. Because good cause exists to maintain the requested materials under seal and the proposed redactions are no greater than necessary to support the sealing request, the Court **GRANTS** the Application to Seal and **ORDERS** the documents may be filed under seal as follows:

| **Document** | **Portions of Lines To Be Filed Under Seal** |
|---|---|
| Reply in Support of Motion to Compel | • Page 1<br>    o Lines 4, 6, 10-11, 13-15, 18-19, 21, |

-1-

| Document | Portions of Lines To Be Filed Under Seal |
|---|---|
|  | 23-24, 26-27 <br> • Page 2 <br>  ○ Lines 3, 7-13, 16, 20, 24, 27 <br> • Page 3 <br>  ○ Line 1 <br> • Page 4 <br>  ○ Lines 4, 10-11, 16-20, 23-26 <br> • Page 5 <br>  ○ Lines 1, 8-9, 20-21, 24-25 |
| Defendants' Notice of Subpoena, dated May 21, 2026 (Exhibit A to Reply in Support of Motion to Compel) | • Page 1 <br>  ○ Lines 15-16 <br> • Page 2 <br>  ○ Line 7 <br> • Page 4 <br>  ○ Lines 15, 22-23 <br> • Page 5 <br>  ○ Lines 2, 8-9, 11 <br> • Page 10 <br>  ○ Lines 24, 27 <br> • Page 11 <br>  ○ Lines 1-2 <br> • Page 12 <br>  ○ Lines 4-5, 7-9, 13, 20, 24 <br> • Page 13 <br>  ○ Lines 1-2, 4, 6-8 |

| Document | Portions of Lines To Be Filed Under Seal |
|---|---|
| | • Page 14<br>  ○ Lines 7, 11-12, 16-18, 20, 23-24, 27-28<br>• Page 15<br>  ○ Lines 1, 5 |
| Defendants' Notice of Subpoena, dated May 26, 2026 (Exhibit B to Reply in Support of Motion to Compel) | • Page 1<br>  ○ Line 16<br>• Page 2<br>  ○ Line 7<br>• Page 4<br>  ○ Lines 15, 22-23<br>• Page 5<br>  ○ Lines 2, 8-9, 11<br>• Page 9<br>  ○ Lines 24, 27<br>• Page 10<br>  ○ Lines 1-2<br>• Page 11<br>  ○ Lines 8-9, 14-15<br>• Page 12<br>  ○ Lines 4-5, 13-15 |

**IT IS SO ORDERED.**

Dated: _____JUNE 16_____, 2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE