UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-00895-WLH-BFM | Date | June 26, 2026 |
|---|---|---|---|
| Title | InterDigital, Inc., et al, v. The Walt Disney Company, et al. | | |
| Present: The Honorable | WESLEY L. HSU, United States District Judge | | |

| Claudia Garcia-Marquez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joshua W. Budwin<br>Nancy M Olson<br>David M. Stein | Xin-Yi Zhou |

**Proceedings:**    MOTION FOR RECONSIDERATION RE CLAIM CONSTRUCTION [174]

    The matter is called, and counsel state their appearances. The Court's Tentative Ruling was issued on June 25, 2026, and reviewed by counsel. The Court hears oral argument. The matter is taken UNDER SUBMISSION. A written ruling will issue.

                                                             :   24

Initials of Deputy Clerk   cgm