Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433

Richard Kamprath (admitted *pro hac vice*)
rkamprath@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Phone: 214.978.4000

*Additional Counsel on signature block
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION LOS ANGELES**

| | |
|---|---|
| INTERDIGITAL, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE WALT DISNEY COMPANY, *et al.* <br><br> Defendants. | Case No. 2:25-cv-00895-WLH-BFM <br><br> **NOTICE OF LODGING HEARING SLIDES RE MOTION FOR RECONSIDERATION [DKT. 227]** |

Plaintiffs InterDigital, Inc., *et al.* file this Notice of Lodging Hearing Slides Re Motion for Reconsideration of Claim Construction to lodge on the docket and provide the Court with a copy of Plaintiffs' slides presented at the June 26, 2026, Motion for Reconsideration hearing. (ECF No. 227) (Minutes of Hearing). Plaintiffs' slides are attached hereto as Exhibit 1.

Dated: June 29, 2026                          Respectfully Submitted,


                                              */s/ Nancy M. Olson*
                                              Nancy Olson (SBN 260303)
                                              nolson@olsonstein.com
                                              David Stein (SBN 198256)
                                              dstein@olsonstein.com
                                              **OLSON STEIN LLP**
                                              240 Nice Lane #301
                                              Newport Beach, CA 92663
                                              Tel: 310.916.7433

                                              Alan P. Block (CA Bar No. 143783)
                                              ablock@mckoolsmith.com
                                              **MCKOOL SMITH, P.C.**
                                              300 South Grand Avenue, Suite 2900
                                              Los Angeles, California 90071
                                              Telephone: (213) 694-1200
                                              Facsimile: (213) 694-1234

                                              Richard A. Kamprath *(admitted pro hac vice)*
                                              rkamprath@mckoolsmith.com
                                              R. Arden Seavers (admitted *pro hac vice*)
                                              aseavers@mckoolsmith.com
                                              Joseph Micheli (admitted *pro hac vice*)
                                              jmicheli@mckoolsmith.com
                                              Samuel Moore (admitted *pro hac vice*)
                                              smoore@mckoolsmith.com
                                              Daniel Iliasevitch (admitted *pro hac vice*)
                                              diliasevitch@mckoolsmith.com
                                              **MCKOOL SMITH, P.C.**
                                              300 Crescent Court, Suite 1200

-2-

Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Hannah Mirzoeff *(admitted pro hac vice)*
hmirzoeff@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Joshua W. Budwin *(admitted pro hac vice)*
jbudwin@mckoolsmith.com
George Fishback, Jr. *(admitted pro hac vice)*
gfishback@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Kevin Burgess *(admitted pro hac vice)*
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*Attorneys for Plaintiffs*

NOTICE OF LODGING HEARING SLIDES                                    Case No. 2:25-cv-00895-WLH-BFM