RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
NICHOLAS J. WHILT (S.B. #247738)
nwhilt@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone:   213-430-6000
Facsimile:   213-430-6407

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION AT LOS ANGELES**

| | |
|---|---|
| INTERDIGITAL INC., INTERDIGITAL VC HOLDINGS, INC., INTERDIGITAL MADISON PATENT HOLDINGS, SAS, AND INTERDIGITAL CE PATENT HOLDINGS, SAS, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> THE WALT DISNEY COMPANY, DISNEY MEDIA AND ENTERTAINMENT DISTRIBUTION LLC, DISNEY DTC LLC, DISNEY STREAMING SERVICES LLC, DISNEY ENTERTAINMENT & SPORTS LLC, DISNEY PLATFORM DISTRIBUTION, INC., BAMTECH, LLC, HULU, LLC, AND ESPN, INC., <br><br> Defendants and Counterclaim-Plaintiffs. | Case No. 2:25-cv-895-WLH-BFM <br><br> **JOINT STATUS REPORT REGARDING STAY** <br><br> Judge: Hon. Wesley L. Hsu <br> Magistrate: Hon. Brianna Fuller Mircheff |

1

Pursuant to the Court's Order Granting Defendants' Motion to Stay (Dkt. No. 213) ("Order") and Defendants' Motion to Stay Pending Resolution of Related Proceedings (Dkt. No. 177) ("Motion"), Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc. (collectively, "Defendants") and Plaintiffs InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS (collectively, "InterDigital" or "Plaintiffs") respectfully submit this Joint Status Report.

The Court's Order requires the parties to file a Joint Status Report with "status updates on the EPRs and other information relevant to the continued need for a stay." Dkt. 213 at 214. Accordingly, the parties provide relevant updates on these proceeding below.

As of the date of this Joint Status Report, both the '301 and '818 patents remain in *Ex Parte* Reexamination ("EPR") proceedings:

- On July 14, 2026, the U.S. Patent and Trademark Office ("PTO") issued a non-final office action for the '301 EPR, rejecting Claim 8 as unpatentable. *See* **Ex. A**. InterDigital's response to this non-final office action is due on September 14, 2026.

- On July 23, 2026, the PTO issued a non-final office action for the '818 EPR, rejecting Claims 1, 4, 5, 8-10, 13, 14, and 16 as unpatentable. *See* **Ex. B**. InterDigital's response to this non-final office action is due on September 23, 2026.

The parties are not aware of any other new information relevant to the continued need for a stay.

2

DATED: August 10, 2026

Respectfully submitted,


By:   */s/ Richard A. Kamprath*

Alan P. Block (CA Bar No. 143783)
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Ste. 2900
Los Angeles, CA 90071
Telephone: (213) 694-1200

Richard Kamprath (*admitted pro hac vice*)
rkamprath@mckoolsmith.com
R. Arden Seavers (*admitted pro hac vice*)
aseavers@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: (214) 978-4000

Joshua W. Budwin (*admitted pro hac vice*)
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700

Kevin Burgess (*admitted pro hac vice*)
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Ste. 300
Marshall, TX 75670
Telephone: (903) 923-9000

By:   */s/ Ryan K. Yagura*

RYAN K. YAGURA
NICHOLAS J. WHILT
XIN-YI ZHOU
**O'MELVENY & MYERS LLP**

*Attorneys for Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech LLC, Hulu, LLC, and ESPN, Inc.*

Hannah Mirzoeff *(admitted pro hac vice)*
hmirzoeff@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400

Nancy Olson (SBN 260303)
nolson@olsonstein.com
David Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane, #301
Newport Beach, CA 92663
Telephone: (310) 916-7433

*Attorneys for Plaintiffs InterDigital, Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS*

4

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Ryan K. Yagura*
Ryan K. Yagura