Richard A. Kamprath (admitted *pro hac vice)*
rkamprath@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Nancy Olson (SBN 260303)
nsolson@olsonstein.com
David Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane, #301
Newport Beach, CA 92663
Telephone: (310) 916-7433

*Additional Counsel on signature block
Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| INTERDIGITAL, INC., *et al.,*<br><br>                    Plaintiffs,<br><br>     v.<br><br>THE WALT DISNEY COMPANY, *et al.,*<br><br>                    Defendants. | **Case No. 2:25-cv-00895-WLH-BFM**<br><br>**PLAINTIFFS' NOTICE OF ERRATA** |

## NOTICE OF ERRATA

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs hereby notify the Court, all parties, and their attorneys of record that upon filing Plaintiffs' Unopposed Motion for Entry of Final Judgment Under Rule 54(b) (the "Motion"), in selecting the docketing event, the modifier "Joint" was inadvertently selected instead of "Unopposed."

Dated: August 10, 2026                   Respectfully submitted,

*/s/ Nancy Olson*
Nancy Olson (SBN 260303)
nsolson@olsonstein.com
David Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane, #301
Newport Beach, CA 92663
Telephone: (310) 916-7433

Alan P. Block (CA Bar No. 143783)
ablock@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Richard A. Kamprath *(admitted pro hac vice)*
rkamprath@mckoolsmith.com
R. Arden Seavers *(admitted pro hac vice)*
aseavers@mckoolsmith.com
Samuel L. Moore *(admitted pro hac vice)*
smoore@mckoolsmith.com
Joseph W. Micheli *(admitted pro hac vice)*
jmicheli@mckoolsmith.com
Daniel Iliasevitch *(admitted pro hac vice)*
diliasevitch@mckoolsmith.com

1

NOTICE OF ERRATA                                         Case No. 2:25-cv-895-WLH(BFM)

**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1200
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Hannah Mirzoeff *(admitted pro hac vice)*
hmirzoeff@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

Joshua W. Budwin *(admitted pro hac vice)*
jbudwin@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Kevin Burgess *(admitted pro hac vice)*
kburgess@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*Attorneys for Plaintiffs Interdigital, Inc., Interdigital VC Holdings, Inc., Interdigital Madison Patent Holdings, SAS, and Interdigital CE Patent Holdings, SAS*

NOTICE OF ERRATA                                    Case No. 2:25-cv-895-WLH(BFM)