**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

INTERDIGITAL, INC., *et al.*,
Plaintiffs,
v.
THE WALT DISNEY COMPANY, *et al.*,
Defendants.

Case No. 2:25-cv-00895-WLH-BFM

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(b) [235]**

Before the Court is Plaintiffs' Unopposed Motion for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) ("Motion"). Having considered the briefing, the Court **GRANTS** the Motion. The hearing on the Motion scheduled for September 11, 2026 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 9, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE