Richard A. Kamprath (admitted *pro hac vice*)
rkamprath@bkbclaw.com
**BUDWIN KAMPRATH BURGESS CAMPBELL PLLC**
6355 Vanderbilt Ave
Dallas, Texas 75214
Phone: 737.214.6402

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 310.916.7433

*Additional Counsel listed in signature block
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION LOS ANGELES**

| | |
|---|---|
| INTERDIGITAL, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*<br><br>Defendants. | Case No. 2:25-cv-00895-WLH-BFM<br><br>**NOTICE OF APPEAL** |

Notice is given that Plaintiffs InterDigital Inc., InterDigital VC Holdings, Inc., InterDigital Madison Patent Holdings, SAS, and InterDigital CE Patent Holdings, SAS (collectively, "InterDigital") hereby appeal to the United States

Court of Appeals for the Federal Circuit from the Court's partial Entry of Final Judgment entered on September 9, 2026, Dkt. 238 ("Order"), and from all underlying, related, or interlocutory findings, orders, decisions, rulings, and opinions merged therein or otherwise reviewable on appeal from the Order and the resulting partial final judgment, including but not limited to the Court's Claim Construction Order (Dkt. 170), and the Court's Order on Plaintiffs' Motion for Reconsideration (Dkt. 233).

Dated: September 18, 2026

Respectfully submitted,

*/s/ Nancy M. Olson*

Nancy M. Olson (CA SBN 260303)
nolson@olsonstein.com
David M. Stein (CA SBN 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Telephone: 310.916.7433

Richard A. Kamprath (admitted *pro hac vice*)
rkamprath@bkbclaw.com
**BUDWIN KAMPRATH BURGESS CAMPBELL PLLC**
6355 Vanderbilt Ave
Dallas, Texas 75214
Phone: 737.214.6402

Joshua W. Budwin (admitted *pro hac vice*)
jbudwin@bkbclaw.com
**BUDWIN KAMPRATH BURGESS CAMPBELL PLLC**
5517 Laceback Terrace
Austin, TX 78738
Phone: 267.251.2874

Kevin Burgess (admitted *pro hac vice*)
kburgess@bkbclaw.com

**BUDWIN KAMPRATH BURGESS CAMPBELL PLLC**
508 Oakwood Estates Blvd.
Marshall, TX 75672
Phone: 512.626.7253

*Attorneys for InterDigital*