RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
NICHOLAS J. WHILT (S.B. #247738)
nwhilt@omm.com
XIN-YI ZHOU (S.B. #251969)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

*Attorneys for Defendants*

Nancy M. Olson (S.B. #260303)
nolson@olsonstein.com
David M. Stein (S.B. #198256)
OLSON STEIN LLP
240 Nice Lane #301
Newport Beach, CA 92663
Tel: (310) 916-7433

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION AT LOS ANGELES**

| | |
|---|---|
| INTERDIGITAL, INC. AND INTERDIGITAL MADISON PATENT HOLDINGS, SAS,<br><br>Plaintiffs,<br><br>v.<br><br>THE WALT DISNEY COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-895-WLH-BFM<br><br>Related Case: 2:26-cv-02269-WLH-BFM<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO SEVER AND CONSOLIDATE**<br><br>Judge: Hon. Wesley L. Hsu<br>Magistrate: Hon. Brianna F. Mircheff |

Plaintiffs InterDigital Inc., and InterDigital Madison Patent Holdings, SAS, (collectively, "InterDigital" or "Plaintiffs") and Defendants The Walt Disney Company, Disney Media and Entertainment Distribution LLC, Disney DTC LLC, Disney Streaming Services LLC, Disney Entertainment & Sports LLC, Disney Platform Distribution, Inc., BAMTech, LLC, Hulu, LLC, and ESPN, Inc. (collectively, "Defendants"), by and through their undersigned counsel of record, stipulate as follows:

1. On October 19, 2026, InterDigital filed its Motion to Sever and Consolidate (the "Motion"), which is currently set for hearing on November 20, 2026. Dkt. 242.[1]

2. Under the current briefing schedule, Dolby's opposition to the Motion is due on October 30, 2026, and InterDigital's reply in support of its Motion is due on November 6, 2026.

3. Since the Motion was filed, counsel for the Parties engaged in scheduling discussions and determined that a brief continuance of the hearing date and an extension of the corresponding briefing deadlines is warranted to allow the Parties adequate time to properly brief the issues.

4. The Parties agree to continue the hearing on the Motion from November 20, 2026 to December 11, 2026. The requested continuance is limited and will not affect any other dates currently set in this action.

5. The Parties further agree that the briefing schedule should be adjusted accordingly. The Parties stipulate that:

- Defendants' Opposition to InterDigital's Motion to Sever and Consolidate shall be filed no later than November 9, 2026; and
- InderDigital's Reply in Support of its Motion to Sever and Consolidate

[1] Plaintiffs filed an identical motion in the Dolby Action on the same day. *See* Case No. 2:26-cv-02269-WLH-BFM, Dkt. 107. The parties to that action filed a stipulation to the same effect as this one on October 26, 2026. Dkt. 111.

shall be filed no later than November 24, 2026.

6. Good cause exists for the requested continuance and corresponding modification of the briefing schedule. The requested relief is sought jointly by the Parties, is intended to facilitate orderly briefing of the issues presented by the Motion, and will not prejudice any party.

7. Therefore, the Parties respectfully request that the Court enter their proposed Order as follows:

- The hearing on InterDigital's Motion to Sever and Consolidate is continued from November 20, 2026, to December 11, 2026, at 1:30 p.m.
- Defendants' Opposition to InterDigital's Motion to Sever and Consolidate shall be filed no later than November 9, 2026.
- InterDigital's Reply in Support of its Motion to Sever and Consolidate shall be filed no later than November 24, 2026.

DATED: October 27, 2026

Respectfully submitted,

By: */s/ Ryan K. Yagura*
Ryan K. Yagura

RYAN K. YAGURA
NICHOLAS J. WHILT
XIN-YI ZHOU
O'MELVENY & MYERS LLP

*Attorneys for Defendants*

DATED: October 27, 2026

OLSON STEIN LLP

*/s/ David M. Stein*

Nancy M. Olson (SBN 260303)
nolson@olsonstein.com
David M. Stein (SBN 198256)
OLSON STEIN LLP
240 Nice Lane #301
Newport Beach, CA 92663
Tel: (310) 916-7433

Richard A. Kamprath
rkamprath@bkbclaw.com
BUDWIN KAMPRATH BURGESS CAMPBELL PLLC
6355 Vanderbilt Ave.
Dallas, TX 75214
Tel: (737) 214-6402

Joshua W. Budwin
jbudwin@bkbclaw.com
BUDWIN KAMPRATH BURGESS CAMPBELL PLLC
5517 Laceback Terrace
Austin, TX 78738
Tel: (267) 251-2874

Kevin Burgess
BUDWIN KAMPRATH BURGESS CAMPBELL PLLC
508 Oakwood Estates Blvd.
Marshall, TX 75672
Tel: (512) 626-7253

*Attorneys for Plaintiffs InterDigital, Inc., and InterDigital Madison Patent Holdings, SAS*

**L.R. 5-4.3.4 ATTESTATION**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: October 27, 2026 By: */s/ Ryan K. Yagura*__________